# EXHIBIT C



Home | Company | Our Team | Careers | Press | Contact




## Our address
### Located in NYC



711 3rd Avenue
6th Floor
New York, NY 10017

Call us: (212) 810-4545

## We are available
### Monday - Saturday

Monday-Saturday 8:30AM – 6:30PM
Sunday Closed

## Contact Us
### Send Us a Message

| Your Name | Your Company Name |
| Your E-mail | Your Contact Number |

Subject

Message

Send a message

### Contact Us

711 3rd Avenue
6th Floor
New York, NY 10017

Call us: (212) 810-4545

### Recent Press Release

EY announces Ryan Sasson of Strategic Financial Solutions 



Entrepreneur Of The Year® 2017 semifinalist in New York



April 27, 2017

© Copyright 2017- Strategic Financial Solutions - All Rights Reserved