# EXHIBIT D

STATE OF NEW YORK     }
                                          s.s.
COUNTY OF NEW YORK  }

**KIMBERLY CELIC**, being duly sworn, does hereby depose and say:

1. I affirm that the information provided herein is true and accurate and offered by me voluntarily and without duress or undue pressure.

2. I have been employed by Strategic Financial Solutions, LLC and Strategic Consulting, LLC (collectively, "Strategic") since October 2012. I was initially hired as the Director of Human Resources. I was employed in this position until November 2013 when I was promoted to the Vice President of Human Resources. As the Vice President of Human Resources, I have many duties, including but not limited to, reviewing and overseeing employee time records, overseeing time and attendance policies, and verifying accuracy and adherence to said policies.

3. As keeper of the time records for Plaintiffs (as well as all other employees) Daniel Schur and Halton Bagley (collectively, "Plaintiffs"), I attest and certify as to the validity of the records kept by Strategic and transmitted to Plaintiffs during the course of this litigation.

4. I am aware that both Daniel Schur and Halton Bagley (collectively, "Plaintiffs") are claiming that they were not paid time-and-a-half for all hours worked in excess of forty (40) per week. I am also aware that Plaintiffs are claiming that Strategic altered or "doctored" Plaintiffs' time cards in order to prevent them from being paid proper overtime compensation.

5. Plaintiffs' assertions are patently false and unsupported by the facts. Contrary to Plaintiffs' allegations, all employees were paid appropriately for the hours they worked. If a payroll processing error was made in the payment of an employee, I would make sure it was remedied. It was never done to circumvent paying proper overtime compensation as Plaintiffs' erroneously claim in their Complaint.

6. In addition to the time card and payroll records, I likewise certify the validity and integrity of SLGreen's building entry records. Strategic received these records from SLGreen's management. Said records that were produced to Plaintiffs have not been altered at any time by Strategic. Moreover, the building records represent an accurate production of the information that what was provided to Strategic by SLGreen.

_____
KIMBERLY CELIC

Sworn to before me
this 27 day of April, 2017

_____
Notary Public

SAMANTHA L QUACH
Notary Public - State of New York
No. 01QU6184938
Qualified in Kings County
My Comm. Expires April 7, 2020

4831-2006-0231, v. 1