# EXHIBIT E

(Part One)

# PLAN CONTACT INFORMATION

| Plan Type | Address & Phone | Additional Information | Website & Email |
|---|---|---|---|
| Medical & Prescription Plans | CareConnect<br>2200 Northern Blvd, Suite 104<br>East Hills, NY 11548<br>T: 855-706-7545 | | www.CareConnect.com<br>info@nslijcc.com<br>questions@nslijcc.com |
| Dental Plans | Principal Financial Group<br>Principal Life Insurance Company<br>Des Moines, IA 50392-0002<br>T: 800-832-4450 | Account number/unit number:<br>104392-10001<br>(Strategic Consulting, LLC) | www.principal.com |
| Vision Plans | VSP<br>Vision Service Plan<br><br>T: 800-877-7195 | VSP Choice | www.vsp.com |
| Short Term Disability Plan | Mutual of Omaha Insurance Company<br>Mutual of Omaha Plaza,<br>Omaha, NE 68175 | GMC – ASQ2<br>(Strategic CS) | www.mutualofomaha.com |
| | Principal Financial Group<br>Principal Life Insurance Company, Des Moines, Iowa 50392-0002 | (Pioneer Law Firm, PC) | www.principal.com |
| Voluntary Term Life & AD&D Insurance | Mutual of Omaha<br>Companion Life Insurance Company<br>888 Veterans Memorial Highway, Suite 515<br>Hauppauge, NY 11788 | | www.mutualofomaha.com |
| | Principal Financial Group<br>Principal Life Insurance Company, Des Moines, Iowa 50392-0002 | (Pioneer Law Firm, PC) | www.principal.com |
| Commuter Benefits | WageWorks<br>1155 Reliable Parkway<br>Chicago, IL 60686<br>877-924-3967 | | www.wageworks.com<br>CommuterHelp@WageWorks.com |
| Discount Benefits | Crunch Fitness<br>T: 212-869-7788 | Corporate Membership Discounts | www.crunch.com |
| | NewBenefits<br>Attn: Compliance Department<br>P.O. Box 671309<br>Dallas, TX 75367-1309<br>T: 800-800-7616 | Group ID: CS10018A | www.MyMemberPortal.com<br>info@newbenefits.com |
| 401K Plan | ADP Broker-Dealer, Inc.<br>One ADP Boulevard,<br>Roseland, NJ 07068<br>T: 800-695-7526 | Plan Number: 686751<br>(Strategic CS LLC) | www.mykplan.com |

# Strategic Consulting, LLC

## Employee Handbook

May 2016

# TABLE OF CONTENTS

## Contents

TABLE OF CONTENTS ................................................................................................................. 2

WELCOME .................................................................................................................................... 4

STRATEGIC CONSULTING, LLC MISSION ................................................................................. 5

HANDBOOK OVERVIEW .............................................................................................................. 6

EMPLOYMENT POLICIES ............................................................................................................ 7

    EQUAL EMPLOYMENT OPPORTUNITIES ................................................................................ 7

    ANTI-HARASSMENT/SEXUAL HARASSMENT ........................................................................ 7

    EMPLOYEE RECORDS ............................................................................................................ 8

    CONFLICT OF INTEREST AND OUTSIDE EMPLOYMENT POLICY ...................................... 8

    ADA POLICIES AND PROCEDURES ..................................................................................... 10

    DRUGS AND ALCOHOL ......................................................................................................... 11

    OPEN DOOR POLICY ............................................................................................................ 11

COMPENSATION POLICIES ..................................................................................................... 12

    CLASSIFICATIONS OF EMPLOYMENT ................................................................................ 12

    WORK HOURS ....................................................................................................................... 13

    PAY PROCEDURES ............................................................................................................... 13

    OVERTIME ............................................................................................................................. 13

BENEFITS ................................................................................................................................... 14

    EMPLOYEE BENEFIT PROGRAMS ...................................................................................... 14

    PAID TIME OFF ..................................................................................................................... 14

    UNPAID PERSONAL LEAVES OF ABSENCE ....................................................................... 14

    JURY AND WITNESS DUTY .................................................................................................. 15

    TIME-OFF TO VOTE .............................................................................................................. 15

    BEREAVEMENT/ FUNERAL LEAVE (DISCRETIONARY)/MILITARY LEAVE ....................... 15

    FAMILY AND MEDICAL LEAVE (FMLA) ........................................................................ 16-23

Employee Relations ................................................................................................................... 24

Performance Evaluation..................................................................................................................24

Personal Appearance and Demeanor.............................................................................................24

Confidential Nature of Work...........................................................................................................25

No Solicitation.................................................................................................................................25

Attendance and Punctuality...........................................................................................................26

Guidelines for Appropriate Conduct..............................................................................................26

Smoking..........................................................................................................................................28

Safety..............................................................................................................................................28

Technology Policy-Email, Voicemail & Internet Use......................................................................28

Workplace Violence........................................................................................................................31

Mobile Phone Use..........................................................................................................................31

Use of Camera/Video.....................................................................................................................32

Resignation.....................................................................................................................................32

EMPLOYEE ACKNOWLEDGMENT FORM.........................................................................................33

# WELCOME

Welcome to Strategic Consulting!

I would like to take this opportunity to welcome you to the Company. We are happy that you have chosen to join our team, and we look forward to working with you to reach our common goals. This Handbook was developed to describe some of the expectations of our employees and to outline the policies, programs, and benefits available to eligible employees. We hope that your experience with us will be challenging, enjoyable, and rewarding.

Ryan Sasson

CEO

# STRATEGIC CORE VALUES AND MISSION

## OUR CORE VALUES

**INTEGRITY**
Act professionally and positively.
Build trust by doing what we say.
Be upfront and communicate thoroughly.



**RESULTS**
Commit to achieve the best outcomes for our clients.
Continuously track and measure everything and use it to always be improving.
Be proactive, not reactive.



**EMPATHY**
Be sensitive to clients' difficult situations.
Partner with clients to change lives.



**OPPORTUNITY**
Reward results.
Encourage individual growth.
Recognize positive attitudes.



**INNOVATION**
Always look to improve our talent, processes, and products.
Be open to new ideas.



**TEAMWORK**
Work Together to Reach Common Goals
Mentor Your Peers



### MISSION STATEMENT

WE HELP PEOPLE BURDENED WITH DEBT BY PROVIDING A PERSONALIZED APPROACH TO REGAIN CONTROL OF THEIR FINANCIAL FUTURE.



5

# HANDBOOK OVERVIEW

This Employee Handbook is meant to provide guidelines and expectations to employees in order to assist employees to better perform their job duties. This Handbook is not an exhaustive list of every workplace rule and policy, but rather a guide to employees on commonly raised questions.

**This Employee Handbook is not an employment contract. This Employee Handbook does not establish a contract (express or implied) between Strategic Consulting and any employee regarding terms and conditions of employment.**

EMPLOYMENT AT WILL RELATIONSHIP: This Employee Handbook does not in any way alter the employment-at-will relationship between Strategic Consulting and its employees. Strategic Consulting and each employee have the right to terminate the employment relationship (at any time, with or without cause or notice).

Please be advised that no supervisor, manager, or representative of Strategic Consulting other than the President has the authority to enter into any agreement with any individual for employment for any specified period of time or to make any promises or commitments contrary to the foregoing. Further, any employment agreement entered into by the Owners on behalf of Strategic Consulting will not be enforceable unless the agreement is in writing and signed by the President.

Strategic Consulting may revise or revoke any portion or employee benefit of this Employee Handbook at any time without prior notice.

For the remainder of this document, Strategic Consulting, LLC will be referred to as the "Company" or "company" or "Strategic Consulting". Any reference to one gender applies to both genders.

# EMPLOYMENT POLICIES

### Equal Employment Opportunities

The company is an equal opportunity employer. Qualifications for employment and promotion are based upon ability to perform the job. Equal employment opportunities are provided to all applicants and employees without regard to race, creed, religion, color, age, national origin, sex, sexual orientation, genetic information, ancestry, marital status, military discharge status, veteran status, citizenship status, sealed or expunged arrest records not resulting in conviction, or any other characteristic protected by law. Furthermore, no person will be discriminated against due to a mental or physical disability which does not prevent the individual from performing the essential functions of the job, with or without reasonable accommodation. Everyone will be given equal opportunity commensurate with their abilities. Laws regarding veteran's status will also be observed. We earnestly seek the cooperation of all employees in helping to maintain this policy. Throughout this manual, the interchangeable use of masculine and feminine pronouns is in no way intended to exclude members of the opposite sex.

### Anti-Harassment/Sexual Harassment

It is the policy of the company to maintain a work environment free of unlawful harassment and discrimination for all employees. Harassment based on a person's race, creed, religion, color, age, national origin, gender, sexual orientation, genetic information, ancestry, marital status, military discharge status, veteran status, citizenship status, mental or physical disability will not be tolerated.

Harassment includes (but is not limited to) name-calling, letters, jokes, e-mail, cartoons, graffiti, pictures, posters, gestures, ethnic slurs, racial epithets, and other conduct, which is aimed at a particular employee or group of employees.

Sexual harassment is also unacceptable conduct, which violates this policy. Sexual harassment encompasses a wide range of unwanted, sexually directed behavior, and has been defined in the following manner:

> Unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature constitute sexual harassment when:
>
> 1) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment;
>
> 2) submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or
>
> 3) such conduct has the purpose or effect of unreasonable interference with an individual's work performance or creating an intimidating, hostile or offensive working environment.

Harassment applies to the conduct of a supervisor toward a subordinate, an employee toward another employee, a non-employee toward an employee or an employee toward an applicant for employment. Harassment can apply to conduct outside the workplace as well as on the work site.

<u>Protection against retaliation</u>

Any employee who, in good faith, reports an alleged incident of sexual harassment will under no circumstances be subject to reprisal or retaliation of any kind. Any employee who feels he or she has been subjected to such adverse actions should report those actions to his or her supervisor, or to the Human Resources Department. Any employee, however, who is found to have knowingly made a false accusation of sexual harassment or retaliation, may be subject to appropriate disciplinary action up to and including termination.

<u>Complaint Procedure</u>

Employees who wish to register a complaint of sexual harassment (or any form of harassment based on their race, creed, religion, color, age, national origin, gender, sexual orientation, genetic information, ancestry, marital status, military discharge status, veteran status, citizenship status, mental or physical disability, or other characteristic protected by law), or who wish to inform **The Company** that conduct violating this policy may be occurring, may do so through the HR Department or their supervisor or any appropriate member of management.

All allegations of harassment will be investigated thoroughly. The facts will determine the response of the Company to each allegation. Substantiated acts of harassment will be met with appropriate disciplinary action by the Company up to and including termination. All information regarding any specific incident will be kept confidential within the necessary boundaries of the fact-finding process. No reprisal or retaliation against the employee reporting the allegation of harassment will be tolerated.

### Employee Records

It is the policy of the company to maintain complete and accurate employee records. Employees are responsible for notifying the Human Resources/ Payroll Department of changes relating to personal information such as home address, telephone number, marital status, and number of dependents promptly and accurately.

### Conflict of Interest and Outside Employment Policy

The company expects its employees to conduct business according to the highest ethical standards of conduct. Employees are expected to devote their best efforts to the interests of the company. Business dealings that appear to create a conflict between the interests of the company and an employee are unacceptable. The company recognizes the right of employees to engage in activities outside of their employment which are of a private nature and unrelated to our business. However, the employee must disclose any possible conflicts so that the company may assess and prevent potential conflicts of interest from arising. A potential or actual conflict of interest occurs whenever an employee is in a position to influence a decision that may result in a personal gain for the employee or an immediate family member (i.e., spouse or significant other, children, parents, siblings, etc.) as a result of company business dealings.

All associates must keep Company information private and confidential. This includes the company's customers and the customers' records.

Although it is not possible to specify every action that might create a conflict of interest, this policy sets forth the ones which most frequently present problems. If an employee has any question whether an action or proposed course of conduct would create a conflict of interest, he or she should immediately contact the Human Resources Department to obtain advice on the issue. The purpose of this policy is to protect employees from any conflict of interest that might arise.

A violation of this policy will result in appropriate discipline, up to and including immediate termination.

<u>Outside Employment</u>

8

Employees are required to obtain written approval from management before participating in outside work activities. Approval will be granted unless the activity conflicts with the company's interest. In general, outside work activities are not allowed if they:

- prevent the employee from fully performing work for which he or she is employed at the company, including overtime assignments;

- involve organizations that are doing or seeking to do business with the company including actual or potential vendors or customers; or

- violate provisions of law or any policies or procedures of the company

From time to time, Company employees may be required to work beyond their normally scheduled hours. Employees must perform this work when requested. In cases of conflict with any outside activity, the employee's obligations to the company must be given priority. Employees are hired and continue in the company's employ with the understanding that the company is their primary employer and that other employment or commercial involvement which is in conflict with the business interests of the company is strictly prohibited.

Financial Interest in Other Business

An employee and his or her immediate family may not own or hold any significant interest in a supplier, customer or competitor of the company except where such ownership or interest consists of securities in a publicly owned company and those securities are regularly traded on the open market.

ACCEPTANCE OF GIFTS

No employee may solicit or accept gifts of significant value (i.e., in excess of $25.00), lavish entertainment or other benefits from potential and actual customers, suppliers or competitors. Special care must be taken to avoid even the impression of a conflict of interest.

An employee may entertain potential or actual customers if such entertainment is consistent with accepted business practices, does not violate any law or generally accepted ethical standards and the public disclosure of such facts will not embarrass the company. Any questions regarding this policy should be addressed to the Human Resources Department.

WORK PRODUCT OWNERSHIP

All Company employees must be aware that the company retains legal ownership of the product of their work. No work product created while employed by the company can be claimed, construed, or presented as property of the individual, even after employment by the company has been terminated or the relevant project completed. This includes written and electronic documents, audio and video recordings, system code, and also any concepts, ideas, or other intellectual property developed for the company regardless of whether the intellectual property is actually used by the company. Although it is acceptable for an employee to display and/or discuss a portion or the whole of certain work product as an example in certain situations (e.g., on a resume, in a freelancer's meeting with a prospective client), one must bear in mind that information classified as confidential must remain so even after the end of employment, and that supplying certain other entities with certain types of information may constitute a conflict of interest. In any event, it must always be made clear that work product is the sole and exclusive property of the company.

REPORTING POTENTIAL CONFLICTS

An employee must promptly disclose actual or potential conflicts of interest, in writing, to his or her manager. Approval will not be given unless the relationship will not interfere with the employee's duties or will not damage the company's relationships.

**ADA Policies and Procedures**

The Americans with Disabilities Act (ADA) requires employers to reasonably accommodate qualified individuals with disabilities. It is the policy of The Company to comply with all Federal and state laws concerning the employment of persons with disabilities.

It is Company policy not to discriminate against qualified individuals with disabilities in regard to application procedures, hiring, advancement, discharge, compensation, training, or other terms, conditions, and privileges of employment.

The Company will reasonably accommodate qualified individuals with a temporary or long-term disability so that they can perform the essential functions of a job.

An individual who can be reasonably accommodated for a job, without undue hardship, will be given the same consideration for that position as any other applicant.

All employees are required to comply with safety standards. Applicants who pose a direct threat to the health or safety of other individuals in the workplace, which threat cannot be eliminated by reasonable accommodation, will not be hired. Current employees who pose a direct threat to the health or safety of the other individuals in the workplace will be placed on appropriate leave until an organizational decision has been made in regard to the employee's immediate employment situation.

The Human Resources Department is responsible for implementing this policy, including resolution of reasonable accommodation, safety, and undue hardship issues. Individuals who believe that they have a disability or would like to request a reasonable accommodation must contact the Human Resources Department.

**Definitions**

As used in the ADA policy above, the following terms have the indicated meanings:

• "Disability" refers to a physical or mental impairment that substantially limits one or more of the major life activities of an individual. An individual who has such impairment, has a record of such impairment, or is regarded as having such impairment is a "disabled individual."

• "Direct threat to safety" means a significant risk to the health or safety of others that cannot be eliminated by reasonable accommodation.

• A "qualified individual with a disability" means an individual with a disability who, with or without reasonable accommodation, can perform the essential functions of the employment position that the individual holds or has applied for.

• "Reasonable accommodation" means making existing facilities readily accessible to and usable by individuals with disabilities, job restructuring, part-time or modified work schedules, reassignment to a vacant position, acquisition or modification of equipment or devices, adjustment or modification of examinations, adjustment or modification of training materials, adjustment or modification of policies, and similar activities.

• "Undue hardship" means an action requiring significant difficulty or expense by the employer. The factors to be considered in determining an undue hardship include: (1) the nature and cost of the accommodation; (2) the overall financial resources of the facility at which the reasonable accommodation is to be made; (3) the number of persons employed at that facility; (4) the effect on expenses and resources or other impact upon that facility; (5) the overall financial resources of the Company; (6) the overall number of employees and facilities; (7) the operations of the particular facility as well as the entire company ; and (8) the relationship of the particular facility to the Company. These are not all of the factors but merely examples.

• "Essential job functions" refers to those activities of a job that are the core to performing said job for which the job exists that cannot be modified.

**Drugs and Alcohol**

The Company is strongly committed to maintaining a safe and healthy working environment for all its employees (with the expectation that all employees will perform their duties at an acceptable performance level and be unimpaired by drug and alcohol use). The use of alcohol and/ or drugs by employees can undermine employee productivity and the Company image. For these reasons, the company has implemented the following policy:

### 1. ON THE JOB USE, POSSESSION, SALE, DISTRIBUTION, OR MANUFACTURE

The use, possession, sale, distribution or manufacturing of either non-medically prescribed controlled substances or alcohol by anyone while on Company business or on Company property is prohibited. Further, employees are prohibited from being at work under the influence of either drugs or alcohol. Violation of this policy by an employee while on Company premises or on Company business will result in disciplinary action up to and including termination.

Depending on the circumstances, other action, including notification of appropriate law enforcement agencies, may be taken with respect to a violation of this policy.

Any illegal substances found in the workplace will be confiscated and turned over to the appropriate law enforcement agency.

### 2. ALCOHOL AND DRUG TESTS

Any employee who is involved in a serious on-the-job accident and any employee whose on-the-job behavior indicates that he or she may be under the influence of drugs or alcohol in violation of this policy will be tested for the use of drugs and alcohol. If the tests indicate evidence of illegal drugs or the improper use of other drugs or that the employee is under the influence of alcohol, appropriate disciplinary action will be taken up to and including termination.

The Company requires a consent form to be signed by the individual prior to testing. Any employee who refuses to sign or submit to testing will be questioned as to the reason(s) for refusal. Unless there is a valid reason for refusal, the employee will be subject to disciplinary action up to and including termination.

Drug tests will be conducted by a qualified laboratory, and proper chain of custody procedures will be observed for bodily fluid samples. When employment status will be affected, confirmatory testing will be carried out.

Records and information about testing and test results will be treated as private and confidential to the extent possible.*Open Door Policy*

The Company believes that open and direct communication leads to a positive and productive work environment. If employees have concerns about work conditions or compensation, they are strongly encouraged to voice these concerns openly and directly to their manager. If employees are not satisfied with the response, they are encouraged to speak to the Human Resources Department.

# COMPENSATION POLICIES

## Classifications of Employment

For purposes of salary administration and eligibility for overtime payments and employee benefits, the company classifies its employees and other workers as follows:

- *Full-time regular employees*. Employees hired to work the Company's normal, full-time, 40 hour workweek on a regular basis. Such employees may be "exempt" or "nonexempt" as defined below.

- *Part-time regular employees*. Employees hired to work fewer than 30 hours per week on a regular basis. Such employees may be "exempt" or "nonexempt" as defined below.

- *Temporary employees*. Employees engaged to work full-time or part-time on the Company's payroll with the understanding that their employment will be terminated no later than on completion of a specific assignment. (Note that a temporary employee may be offered and may accept a new temporary assignment with the Company and thus still retain temporary status.) Such employees may be "exempt" or "nonexempt" as defined below. (Note that employees hired from temporary employment agencies for specific assignments are employees of the respective agency and not of the company)

- Introductory Employees. Employees hired to fill "full-time regular employee" vacancies are considered "introductory" for the first 90 days of employment. "Introductory" employees are entitled to the same benefits as "full-time regular employees" except where specifically indicated.

- *Leased workers*. Workers assigned to work at the company through a leasing organization. Leased workers are similar to contract temporary workers assigned to work at the company through temporary employment agencies. Leased workers differ from contract temporaries, however, in that leased workers are normally engaged for extended periods of time as opposed to the brief periods for which temporary agency workers are engaged. Leased workers may be "exempt" or "nonexempt" as defined below. Leased workers are employees of the leasing organization and not of the company.

- *Nonexempt employees*. Employees who are required to be paid overtime at the rate of time and one-half (i.e., one and one-half times) their regular rate of pay for all hours worked beyond forty hours in a workweek, in accordance with applicable federal and state wage and hour laws.

- *Exempt employees*. Employees who are not required to be paid overtime, in accordance with applicable federal and state wage and hour laws, for work performed beyond forty hours in a workweek. Executives, professional employees, outside sales representatives, and certain employees in administrative positions are typically exempt.

You will be informed of your initial employment classification and of your status as an exempt or nonexempt employee during your orientation session. If you change positions during your employment as a result of a promotion, transfer, or otherwise, you will be informed by the human resources department of any change in your exemption status.

Please direct any questions regarding your employment classification or exemption status to the human resources department.

12

## Work Hours

An employee's hours at the company are dependent upon their job classification. The employee's specified work hours will depend upon their manager's appointed schedules. Daily and weekly work schedules may change from time to time at the discretion of the company to meet the varying conditions of business.

## Pay Procedures

Employees are normally paid on a semi-monthly basis, via direct deposit, or live check. If a scheduled payday falls on a Saturday, Sunday or Company observed holiday, employees will usually be paid on the day preceding the weekend or holiday. All required deductions, such as for federal, state and local taxes, and all authorized voluntary deductions, such as for health insurance contributions, will be withheld automatically from paychecks.

Employees are responsible for ensuring that time records are accurate and complete. Falsification of time records will result in disciplinary action up to and including termination. The employer retains discretion to change pay frequently in the future upon notice to employees.

## Overtime

Employees may occasionally be asked to work beyond their normally scheduled hours, or on their day off, at the sole discretion of the Company. Nonexempt employees who are required (or permitted) to work overtime will receive overtime pay in accordance with the requirements of the Fair Labor Standards Act, state laws and Company policies as follows:

> All overtime must be approved in writing in advance by the employee's immediate supervisor.

> Nonexempt employees shall be paid one and one-half their regular rate for all hours worked in excess of 40 hours in each workweek.

> "Hours worked" means time actually spent on the job. It does not include hours away from work due to vacation, sickness or holiday (even where these days are compensated). Unpaid sick leave, personal leave (or any other time away from work) is also not considered hours worked.

# BENEFITS

### Employee Benefit Programs

The company's employees will be eligible for health benefits the first of the month following (60) days of employment. Currently the company offers 3 separate health insurance plans through North Shore Connect Care and the plans and contributions are subject to change at any time.

The company's employees will be eligible for our dental benefits the first of the month following sixty (60) days of employment. Currently our dental insurance is through Principle.

The company's employees will be eligible for our Short Term Disability and Life Insurance benefits the first of the month following ninety (90) days of employment. Currently these plans are covered through Mutual of Omaha.

The company's employees will be eligible for our 401K benefit once employee has been employed for six (6) months. The company will start to contribute after 1 year of employment and makes a contribution match of 50% up to 5% of the employees income.

Employees may refer to the appropriate plan documents for eligibility procedures and plan provisions concerning benefit programs. Naturally, it is the legal documents that must be followed in the administration of these plans, and these plan documents will govern in the event any discrepancy exists.

### Paid Time Off

Vacation / Sick/ Personal Days:

Employees will accrue 1 hour of PTO for every 30 hours they work in order to accrue a maximum of 40 hours of PTO within a calendar year. All accruals are reset in a new year and all employees will be front loaded with 40 hours of PTO on the first of each year.

### 2016 Holidays

Strategic Consulting recognizes the following holidays

- New Year's Day (Observed 12/30/16)
- Fourth of July
- Thanksgiving Day
- Memorial Day
- Labor Day
- Christmas Day (Observed 12/23/16)

The company and offices will officially be closed on these Holiday. Employees of Strategic Consulting will not receive Holiday pay. Holidays are not considered time worked for purposes of overtime computation.

### Unpaid Personal Leaves of Absence

Unpaid personal leaves of absence for a period of up to fourteen (14) days may be requested by full-time regular and part-time employees. Personal leave may be granted for justifiable reasons in the Company's sole discretion, provided the leave does not seriously disrupt the Company's operations. Personal leaves are not granted until all accrued unused vacation has been exhausted. The employee does not accrue benefits including but not limited to vacation days when on leave.

Reinstatement cannot be guaranteed to employees returning from personal leave. However, the Company endeavors to place employees returning from personal leave in their former position (or in a comparable position) subject to

14