# EXHIBIT F

(Part One)

ADP

HOME RESOURCES MYSELF MY TEAM PEOPLE PROCESS REPORTS SETUP Search

# Individual Timecard

DS Schur, Daniel E
CONSULT - Sales Consultant
Home Department : 002010 - DS Attorney Sales

| Tax ID (SSN) | Position ID | Hire Date | Status | Employee Search |
|---|---|---|---|---|
| XXX-XX-3907 | WKT003907 | 06/06/2016 | Terminated | <ALL EMPLOYEES> |

REFRESH
541 of 667

Range of Dates 5/26/2016 6/12/2016 FIND APPROVE TIMECARD

Timecard Totals Schedule Time Off Balances

| WEEK 1 | | IN - OUT | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|
| Thu | 05/26 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Fri | 05/27 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Sat | 05/28 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | WEEK 1 TOTALS | | 0.00 | 0.00 |
| **WEEK 2** | | **IN - OUT** | **PAY CODE** | **HOURS** | **DEPARTMENT** | **DAILY TOTALS** | **OVERTIME** |
| Sun | 05/29 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Mon | 05/30 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Tue | 05/31 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Wed | 06/01 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Thu | 06/02 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Fri | 06/03 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Sat | 06/04 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | WEEK 2 TOTALS | | 0.00 | 0.00 |
| **WEEK 3** | | **IN - OUT** | **PAY CODE** | **HOURS** | **DEPARTMENT** | **DAILY TOTALS** | **OVERTIME** |
| Sun | 06/05 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Mon | 06/06 | 08:00 AM - 04:00 PM | | 8.00 | 001300 | 8.00 | 0.00 |
| Tue | 06/07 | 08:00 AM - 04:00 PM | | 8.00 | 001300 | 8.00 | 0.00 |
| Wed | 06/08 | 08:00 AM - 04:00 PM | | 8.00 | 001300 | 8.00 | 0.00 |
| Thu | 06/09 | 08:00 AM - 04:00 PM | | 8.00 | 001300 | 8.00 | 0.00 |
| Fri | 06/10 | 08:00 AM - 04:00 PM | | 8.00 | 001300 | 8.00 | 0.00 |
| Sat | 06/11 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | WEEK 3 TOTALS | | 40.00 | 0.00 |
| **WEEK 4** | | **IN - OUT** | **PAY CODE** | **HOURS** | **DEPARTMENT** | **DAILY TOTALS** | **OVERTIME** |
| Sun | 06/12 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | WEEK 4 TOTALS | | 0.00 | 0.00 |

**Pay Period** (40.00) **Week 1** (0.00) **Week 2** (0.00) **Week 3** (40.00) **Week 4** (0.00)

SAVE REFRESH PREFERENCES Legend

Privacy Legal Requirements Product Feedback About

Copyright © 2017, ADP, LLC ALL RIGHTS RESERVED

STRATEGIC

HOME RESOURCES MYSELF MY TEAM PEOPLE PROCESS REPORTS SETUP Search

# Individual Timecard

DS Schur, Daniel E
CONSULT - Sales Consultant
Home Department : 002010 - DS Attorney Sales

| Tax ID (SSN) | Position ID | Hire Date | Status | Employee Search |
|---|---|---|---|---|
| XXX-XX-3907 | WKT003907 | 06/06/2016 | Terminated | <ALL EMPLOYEES> |

REFRESH
541 of 667

Range of Dates 5/26/2016 6/12/2016 FIND

Timecard Totals Schedule Time Off Balances

Display Totals By: Pay Code Week

| PAY CODE | HOURS | DOLLARS |
|---|---|---|
| REGSAL | 40.00 | 0.00 |
| **GROSS TOTALS:** | **40.00** | **0.00** |

Copyright © 2017, ADP, LLC ALL RIGHTS RESERVED

ADP

HOME RESOURCES MYSELF MY TEAM PEOPLE PROCESS REPORTS SETUP Search

# Individual Timecard

DS

Schur, Daniel E

CONSULT - Sales Consultant
Home Department : 002010 - DS Attorney Sales

| Tax ID (SSN) | Position ID | Hire Date | Status | Employee Search |
|---|---|---|---|---|
| XXX-XX-3907 | WKT003907 | 06/06/2016 | Terminated | <ALL EMPLOYEES> |

REFRESH

541 of 667

Range of Dates 6/13/2016 6/26/2016 FIND APPROVE TIMECARD

Timecard Totals Schedule Time Off Balances

| WEEK 1 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|---|
| Mon | 06/13 | 08:00 AM | 04:00 PM | | 8.00 | 001300 | 8.00 | 0.00 |
| Tue | 06/14 | 08:00 AM | 04:00 PM | | 8.00 | 001300 | 8.00 | 0.00 |
| Wed | 06/15 | 08:00 AM | 04:00 PM | | 8.00 | 001300 | 8.00 | 0.00 |
| Thu | 06/16 | 08:00 AM | 04:00 PM | | 8.00 | 001300 | 8.00 | 0.00 |
| Fri | 06/17 | 08:00 AM | 04:00 PM | | 8.00 | 001300 | 8.00 | 0.00 |
| Sat | 06/18 | | | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | | WEEK 1 TOTALS | | 40.00 | 0.00 |
| **WEEK 2** | | **IN - OUT** | | **PAY CODE** | **HOURS** | **DEPARTMENT** | **DAILY TOTALS** | **OVERTIME** |
| Sun | 06/19 | | | | 0.00 | 002010 | 0.00 | 0.00 |
| Mon | 06/20 | 12:34 PM | 08:00 PM | | 7.43 | 001300 | 7.43 | 0.00 |
| Tue | 06/21 | 09:55 AM | 12:39 PM | | 2.73 | 001300 | | 0.00 |
| | 06/21 | 01:13 PM | 07:55 PM | | 6.70 | 001300 | 9.43 | 0.00 |
| Wed | 06/22 | 10:01 AM | 01:13 PM | | 3.20 | 001300 | | 0.00 |
| | 06/22 | 01:59 PM | 08:00 PM | | 6.02 | 001300 | 9.22 | 0.00 |
| Thu | 06/23 | 09:57 AM | 12:35 PM | | 2.63 | 001300 | | 0.00 |
| | 06/23 | 01:38 PM | 08:00 PM | | 6.37 | 001300 | 9.00 | 0.00 |
| Fri | 06/24 | 10:03 AM | 12:47 PM | | 2.73 | 001300 | | 0.00 |
| | 06/24 | 01:43 PM | 05:56 PM | | 4.22 | 001300 | 6.95 | 0.00 |
| Sat | 06/25 | | | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | | WEEK 2 TOTALS | | 42.03 | 0.00 |
| **WEEK 3** | | **IN - OUT** | | **PAY CODE** | **HOURS** | **DEPARTMENT** | **DAILY TOTALS** | **OVERTIME** |
| Sun | 06/26 | | | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | | WEEK 3 TOTALS | | 0.00 | 0.00 |

**Pay Period** (82.03) **Week 1** (40.00) **Week 2** (42.03) **Week 3** (0.00)

SAVE REFRESH PREFERENCES Legend

Copyright © 2017, ADP, LLC ALL RIGHTS RESERVED

ADP

STRATEGIC

HOME RESOURCES MYSELF MY TEAM PEOPLE PROCESS REPORTS SETUP Search

# Individual Timecard

DS

Schur, Daniel E

CONSULT - Sales Consultant
Home Department : 002010 - DS Attorney Sales

| Tax ID (SSN) | Position ID | Hire Date | Status | Employee Search |
|---|---|---|---|---|
| XXX-XX-3907 | WKT003907 | 06/06/2016 | Terminated | <ALL EMPLOYEES> |

REFRESH

541 of 667

Range of Dates 6/13/2016 6/26/2016 FIND

Timecard Totals Schedule Time Off Balances

Display Totals By: Pay Code Week

| PAY CODE | HOURS | DOLLARS |
|---|---|---|
| OVERTIME | 2.03 | 80.64 |
| REGSAL | 80.00 | 0.00 |
| **GROSS TOTALS:** | **82.03** | **80.64** |

Privacy Legal Requirements Product Feedback About

Copyright © 2017, ADP, LLC ALL RIGHTS RESERVED





ADP

HOME RESOURCES MYSELF MY TEAM PEOPLE PROCESS REPORTS SETUP Search

# Individual Timecard

DS Schur, Daniel E
CONSULT - Sales Consultant
Home Department : 002010 - DS Attorney Sales

| Tax ID (SSN) | Position ID | Hire Date | Status | Employee Search |
|---|---|---|---|---|
| XXX-XX-3907 | WKT003907 | 06/06/2016 | Terminated | <ALL EMPLOYEES> |

REFRESH

541 of 667

Range of Dates 6/27/2016 7/10/2016 FIND APPROVE TIMECARD

Timecard Totals Schedule Time Off Balances

| | WEEK 1 | IN - OUT | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|
| Mon | 06/27 | 09:53 AM - 12:58 PM | | 3.08 | 001300 | | 0.00 |
| | 06/27 | 01:12 PM - 02:16 PM | | 1.07 | 001300 | | 0.00 |
| | 06/27 | 03:04 PM - 05:22 PM | | 2.30 | 001300 | | 0.00 |
| | 06/27 | 05:54 PM - 08:00 PM | | 2.10 | 001300 | 8.55 | 0.00 |
| Tue | 06/28 | 09:53 AM - 12:50 PM | | 2.95 | 001300 | | 0.00 |
| | 06/28 | 02:11 PM - 08:00 PM | | 5.82 | 001300 | 8.77 | 0.00 |
| Wed | 06/29 | 09:58 AM - 12:52 PM | | 2.90 | 001300 | | 0.00 |
| | 06/29 | 02:12 PM - 08:00 PM | | 5.80 | 001300 | 8.70 | 0.00 |
| Thu | 06/30 | 09:59 AM - 12:36 PM | | 2.62 | 001300 | | 0.00 |
| | 06/30 | 01:57 PM - 08:00 PM | | 6.05 | 001300 | 8.67 | 0.00 |
| Fri | 07/01 | 09:58 AM - 01:00 PM | | 3.03 | 001300 | | 0.00 |
| | 07/01 | 02:03 PM - 06:00 PM | | 3.95 | 001300 | 6.98 | 0.00 |
| Sat | 07/02 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | WEEK 1 TOTALS | | 41.67 | 0.00 |

| | WEEK 2 | IN - OUT | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|
| Sun | 07/03 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Mon | 07/04 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Tue | 07/05 | 09:50 AM - 01:32 PM | | 3.70 | 001300 | | 0.00 |
| | 07/05 | 02:33 PM - 08:00 PM | | 5.45 | 001300 | 9.15 | 0.00 |
| Wed | 07/06 | 09:59 AM - 01:22 PM | | 3.38 | 001300 | | 0.00 |
| | 07/06 | 02:23 PM - 08:00 PM | | 5.62 | 001300 | 9.00 | 0.00 |
| Thu | 07/07 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Fri | 07/08 | 09:45 AM - 01:17 PM | | 3.53 | 001300 | | 0.00 |
| | 07/08 | 02:17 PM - 04:36 PM | | 2.32 | 001300 | | 0.00 |
| | 07/08 | 05:10 PM - 05:56 PM | | 0.77 | 001300 | 6.62 | 0.00 |
| Sat | 07/09 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | WEEK 2 TOTALS | | 24.77 | 0.00 |

| | WEEK 3 | IN - OUT | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|
| Sun | 07/10 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | WEEK 3 TOTALS | | 0.00 | 0.00 |

**Pay Period** (66.43) **Week 1** (41.67) **Week 2** (24.77) **Week 3** (0.00)

SAVE REFRESH PREFERENCES Legend



ADP

| PAY CODE | HOURS | DOLLARS |
|---|---|---|
| OVERTIME | 1.67 | 66.10 |
| REGSAL | 64.77 | 0.00 |
| **GROSS TOTALS:** | **66.43** | **66.10** |

Privacy Legal Requirements Product Feedback About

Copyright © 2017, ADP, LLC ALL RIGHTS RESERVED



ADP

HOME RESOURCES MYSELF MY TEAM PEOPLE PROCESS REPORTS SETUP Search

# Individual Timecard

DS **Schur, Daniel E**
CONSULT - Sales Consultant
Home Department : 002010 - DS Attorney Sales

| Tax ID (SSN) | Position ID | Hire Date | Status | Employee Search |
|---|---|---|---|---|
| XXX-XX-3907 | WKT003907 | 06/06/2016 | Terminated | <ALL EMPLOYEES> |

REFRESH
541 of 667

Range of Dates 7/11/2016 7/27/2016 FIND APPROVE TIMECARD

Timecard Totals Schedule Time Off Balances

| WEEK 1 | | IN - OUT | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|
| Mon | 07/11 | 09:55 AM - 01:09 PM | | 3.23 | 001300 | | 0.00 |
| | 07/11 | 01:23 PM - 01:58 PM | | 0.58 | 001300 | | 0.00 |
| | 07/11 | 02:51 PM - 07:58 PM | | 5.12 | 001300 | 8.93 | 0.00 |
| Tue | 07/12 | 09:55 AM - 12:53 PM | | 2.97 | 001300 | | 0.00 |
| | 07/12 | 02:05 PM - 08:20 PM | | 6.25 | 001300 | 9.22 | 0.00 |
| Wed | 07/13 | 09:56 AM - 01:35 PM | | 3.65 | 001300 | | 0.00 |
| | 07/13 | 03:04 PM - 08:00 PM | | 4.93 | 001300 | 8.58 | 0.00 |
| Thu | 07/14 | 09:58 AM - 01:51 PM | | 3.88 | 001300 | | 0.00 |
| | 07/14 | 03:03 PM - 08:00 PM | | 4.95 | 001300 | 8.83 | 0.00 |
| Fri | 07/15 | 10:13 AM - 01:26 PM | | 3.22 | 001300 | | 0.00 |
| | 07/15 | 02:28 PM - 06:00 PM | | 3.53 | 001300 | 6.75 | 0.00 |
| Sat | 07/16 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | WEEK 1 TOTALS | | 42.32 | 0.00 |

| WEEK 2 | | IN - OUT | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|
| Sun | 07/17 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Mon | 07/18 | 09:55 AM - 12:31 PM | | 2.60 | 001300 | | 0.00 |
| | 07/18 | 12:53 PM - 02:01 PM | | 1.13 | 001300 | | 0.00 |
| | 07/18 | 03:07 PM - 08:00 PM | | 4.88 | 001300 | 8.62 | 0.00 |
| Tue | 07/19 | 10:04 AM - 02:30 PM | | 4.43 | 001300 | | 0.00 |
| | 07/19 | 03:39 PM - 08:00 PM | | 4.35 | 001300 | 8.78 | 0.00 |
| Wed | 07/20 | 10:00 AM - 08:00 PM | | 10.00 | 001300 | 10.00 | 0.00 |
| Thu | 07/21 | 10:04 AM - 01:15 PM | | 3.18 | 001300 | | 0.00 |
| | 07/21 | 02:27 PM - 08:03 PM | | 5.60 | 001300 | 8.78 | 0.00 |
| Fri | 07/22 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Sat | 07/23 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | WEEK 2 TOTALS | | 36.18 | 0.00 |

| WEEK 3 | | IN - OUT | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|
| Sun | 07/24 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Mon | 07/25 | 10:00 AM - 02:15 PM | | 4.25 | 001300 | | 0.00 |
| | 07/25 | 03:19 PM - 08:00 PM | | 4.68 | 001300 | 8.93 | 0.00 |
| Tue | 07/26 | 10:05 AM - 01:31 PM | | 3.43 | 001300 | | 0.00 |
| | 07/26 | 02:35 PM - 08:20 PM | | 5.75 | 001300 | 9.18 | 0.00 |
| Wed | 07/27 | 09:57 AM - 02:00 PM | | 4.05 | 001300 | | 0.00 |
| | 07/27 | 03:06 PM - 08:00 PM | | 4.90 | 001300 | 8.95 | 0.00 |
| | | | | WEEK 3 TOTALS | | 27.07 | 0.00 |

**Pay Period** (105.57) **Week 1** (42.32) **Week 2** (36.18) **Week 3** (27.07)



ADP

STRATEGIC

HOME RESOURCES MYSELF MY TEAM PEOPLE PROCESS REPORTS SETUP Search

# Individual Timecard

DS Schur, Daniel E
CONSULT - Sales Consultant
Home Department : 002010 - DS Attorney Sales

| Tax ID (SSN) | Position ID | Hire Date | Status | Employee Search |
|---|---|---|---|---|
| XXX-XX-3907 | WKT003907 | 06/06/2016 | Terminated | <ALL EMPLOYEES> |

REFRESH

541 of 667

Range of Dates 7/11/2016 7/27/2016 FIND

Timecard Totals Schedule Time Off Balances

Display Totals By: Pay Code Week

| PAY CODE | HOURS | DOLLARS |
|---|---|---|
| OVERTIME | 2.32 | 91.88 |
| REGSAL | 103.25 | 0.00 |
| **GROSS TOTALS:** | **105.57** | **91.88** |

Privacy Legal Requirements Product Feedback About

Copyright © 2017, ADP, LLC ALL RIGHTS RESERVED



ADP

HOME RESOURCES MYSELF MY TEAM PEOPLE PROCESS REPORTS SETUP Search

# Individual Timecard

DS

Schur, Daniel E

CONSULT - Sales Consultant
Home Department : 002010 - DS Attorney Sales

| Tax ID (SSN) | Position ID | Hire Date | Status | Employee Search |
|---|---|---|---|---|
| XXX-XX-3907 | WKT003907 | 06/06/2016 | Terminated | <ALL EMPLOYEES> |

REFRESH

541 of 667

Range of Dates 7/28/2016 8/10/2016 FIND APPROVE TIMECARD

Timecard Totals Schedule Time Off Balances

| WEEK 1 | | IN - OUT | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|
| Thu | 07/28 | 10:00 AM - 01:47 PM | | 3.78 | 001300 | | 0.00 |
| | 07/28 | 02:54 PM - 08:00 PM | | 5.10 | 001300 | 8.88 | 0.00 |
| Fri | 07/29 | 10:09 AM - 01:30 PM | | 3.35 | 001300 | | 0.00 |
| | 07/29 | 02:56 PM - 03:21 PM | | 0.42 | 001300 | 3.77 | 0.00 |
| Sat | 07/30 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | WEEK 1 TOTALS | | 12.65 | 0.00 |
| **WEEK 2** | | **IN - OUT** | **PAY CODE** | **HOURS** | **DEPARTMENT** | **DAILY TOTALS** | **OVERTIME** |
| Sun | 07/31 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Mon | 08/01 | 10:11 AM - 01:39 PM | | 3.47 | 001300 | | 0.00 |
| | 08/01 | 02:44 PM - 08:00 PM | | 5.27 | 001300 | 8.73 | 0.00 |
| Tue | 08/02 | 10:26 AM - 01:01 PM | | 2.58 | 001300 | | 0.00 |
| | 08/02 | 01:02 PM - 01:04 PM | | 0.03 | 001300 | | 0.00 |
| | 08/02 | 02:16 PM - 08:00 PM | | 5.73 | 001300 | 8.35 | 0.00 |
| Wed | 08/03 | 10:07 AM - 01:04 PM | | 2.95 | 001300 | | 0.00 |
| | 08/03 | 02:20 PM - 05:20 PM | | 3.00 | 001300 | | 0.00 |
| | 08/03 | 05:48 PM - 08:00 PM | | 2.20 | 001300 | 8.15 | 0.00 |
| Thu | 08/04 | 10:02 AM - 11:02 AM | | 1.00 | 001300 | | 0.00 |
| | 08/04 | 11:19 AM - 02:33 PM | | 3.23 | 001300 | | 0.00 |
| | 08/04 | 03:43 PM - 08:00 PM | | 4.28 | 001300 | 8.52 | 0.00 |
| Fri | 08/05 | 09:58 AM - 01:10 PM | | 3.20 | 001300 | | 0.00 |
| | 08/05 | 02:22 PM - 05:55 PM | | 3.55 | 001300 | 6.75 | 0.00 |
| Sat | 08/06 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | WEEK 2 TOTALS | | 40.50 | 0.00 |
| **WEEK 3** | | **IN - OUT** | **PAY CODE** | **HOURS** | **DEPARTMENT** | **DAILY TOTALS** | **OVERTIME** |
| Sun | 08/07 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Mon | 08/08 | 09:57 AM - 02:10 PM | | 4.22 | 001300 | | 0.00 |
| | 08/08 | 04:19 PM - 08:00 PM | | 3.68 | 001300 | 7.90 | 0.00 |
| Tue | 08/09 | 09:39 AM - 01:29 PM | | 3.83 | 001300 | | 0.00 |
| | 08/09 | 03:18 PM - 08:00 PM | | 4.70 | 001300 | 8.53 | 0.00 |
| Wed | 08/10 | 09:55 AM - 01:00 PM | | 3.08 | 001300 | | 0.00 |
| | 08/10 | 02:23 PM - 05:50 PM | | 3.45 | 001300 | 6.53 | 0.00 |
| | | | | WEEK 3 TOTALS | | 22.97 | 0.00 |

**Pay Period** (76.12) **Week 1** (12.65) **Week 2** (40.50) **Week 3** (22.97)

SAVE REFRESH PREFERENCES Legend