# EXHIBIT F

(Part Two)



| PAY CODE | HOURS | DOLLARS |
|---|---|---|
| OVERTIME | 0.50 | 19.83 |
| REGSAL | 75.62 | 0.00 |
| **GROSS TOTALS:** | 76.12 | 19.83 |


STRATEGIC

| HOME | RESOURCES | MYSELF | MY TEAM | PEOPLE | PROCESS | REPORTS | SETUP | Search | |

# Individual Timecard

**DS** — **Schur, Daniel E**
CONSULT - Sales Consultant
Home Department : 002010 - DS Attorney Sales

Tax ID (SSN): XXX-XX-3907
Position ID: WKT003907
Hire Date: 06/06/2016
Status: Terminated
Employee Search: <ALL EMPLOYEES>
REFRESH
541 of 667

Range of Dates: 8/11/2016 - 8/28/2016  Q FIND   APPROVE TIMECARD

Timecard | Totals | Schedule | Time Off Balances

| WEEK 1 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|---|
| Thu | 08/11 | 09:02 AM | - 03:05 PM | | 6.05 | 001300 | | 0.00 |
| | 08/11 | 03:33 PM | - 07:36 PM | | 4.05 | 001300 | 10.10 | 0.00 |
| Fri | 08/12 | 09:33 AM | - 01:07 PM | | 3.57 | 001300 | | 0.00 |
| | 08/12 | 02:44 PM | - 06:00 PM | | 3.27 | 001300 | 6.83 | 0.00 |
| Sat | 08/13 | | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | WEEK 1 TOTALS | | | 16.93 | 0.00 |

| WEEK 2 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|---|
| Sun | 08/14 | | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Mon | 08/15 | 10:06 AM | - 01:00 PM | | 2.90 | 001300 | | 0.00 |
| | 08/15 | 02:45 PM | - 08:00 PM | | 5.25 | 002010 | 8.15 | 0.00 |
| Tue | 08/16 | 10:09 AM | - 03:30 PM | | 5.35 | 001300 | | 0.00 |
| | 08/16 | 03:49 PM | - 07:56 PM | | 4.12 | 001300 | 9.47 | 0.00 |
| Wed | 08/17 | 10:05 AM | - 12:42 PM | | 2.62 | 001300 | | 0.00 |
| | 08/17 | 02:34 PM | - 08:00 PM | | 5.43 | 001300 | 8.05 | 0.00 |
| Thu | 08/18 | 10:14 AM | - 05:15 PM | | 7.02 | 001300 | | 0.00 |
| | 08/18 | 06:14 PM | - 08:00 PM | | 1.77 | 001300 | 8.78 | 0.00 |
| Fri | 08/19 | 10:06 AM | - 01:00 PM | | 2.90 | 001300 | | 0.00 |
| | 08/19 | 03:00 PM | - 04:22 PM | | 1.37 | 002010 | 4.27 | 0.00 |
| Sat | 08/20 | | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | WEEK 2 TOTALS | | | 38.72 | 0.00 |

| WEEK 3 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|---|
| Sun | 08/21 | | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Mon | 08/22 | 09:55 AM | - 08:00 PM | | 10.08 | 001300 | 10.08 | 0.00 |
| Tue | 08/23 | 10:07 AM | - 07:57 PM | | 9.83 | 001300 | 9.83 | 0.00 |
| Wed | 08/24 | 10:08 AM | - 01:00 PM | | 2.87 | 001300 | | 0.00 |
| | 08/24 | 02:45 PM | - 07:53 PM | | 5.13 | 002010 | 8.00 | 0.00 |
| Thu | 08/25 | 10:10 AM | - 01:00 PM | | 2.83 | 001300 | | 0.00 |
| | 08/25 | 02:45 PM | - 05:50 PM | | 3.08 | 002010 | 5.92 | 0.00 |
| Fri | 08/26 | 10:08 AM | - 01:00 PM | | 2.87 | 002010 | | 0.00 |
| | 08/26 | 02:45 PM | - 05:09 PM | | 2.40 | 002010 | 5.27 | 0.00 |
| Sat | 08/27 | | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | WEEK 3 TOTALS | | | 39.10 | 0.00 |

| WEEK 4 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|---|
| Sun | 08/28 | | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | WEEK 4 TOTALS | | | 0.00 | 0.00 |

Pay Period (94.75)   Week 1 (16.93)   Week 2 (38.72)   Week 3 (39.10)   Week 4 (0.00)



# Individual Timecard

**Schur, Daniel E** — DS
CONSULT - Sales Consultant
Home Department : 002010 - DS Attorney Sales

Tax ID (SSN): XXX-XX-3907
Position ID: WKT003907
Hire Date: 06/06/2016
Status: Terminated
Employee Search: <ALL EMPLOYEES>

541 of 667

Range of Dates: 8/11/2016 — 8/28/2016

Timecard | Totals | Schedule | Time Off Balances

Display Totals By: ○ Pay Code  ○ Week

| PAY CODE | HOURS | DOLLARS |
|---|---|---|
| REGSAL | 94.75 | 0.00 |
| **GROSS TOTALS:** | 94.75 | 0.00 |

Privacy   Legal   Requirements   Product Feedback   About   Copyright © 2017, ADP, LLC ALL RIGHTS RESERVED



ADP

HOME   RESOURCES   MYSELF   MY TEAM   PEOPLE   PROCESS   REPORTS   SETUP             Search

# Individual Timecard

**DS** Schur, Daniel E
CONSULT - Sales Consultant
Home Department : 002010 - DS Attorney Sales

Tax ID (SSN): XXX-XX-3907
Position ID: WKT003907
Hire Date: 06/06/2016
Status: Terminated
Employee Search: <ALL EMPLOYEES>
REFRESH
541 of 667

Range of Dates | 8/29/2016 | 9/11/2016 | FIND | APPROVE TIMECARD

Timecard   Totals   Schedule   Time Off Balances

| WEEK 1 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|---|
| Mon | 08/29 | 09:54 AM | - 07:56 PM | | 10.03 | 002010 | 10.03 | 0.00 |
| Tue | 08/30 | 09:57 AM | - 04:01 PM | | 6.07 | 002010 | | 0.00 |
| | 08/30 | 04:41 PM | - 07:55 PM | | 3.23 | 002010 | 9.30 | 0.00 |
| Wed | 08/31 | 10:07 AM | - 07:23 PM | | 9.27 | 002010 | 9.27 | 0.00 |
| Thu | 09/01 | 09:35 AM | - 10:02 AM | | 0.45 | 002010 | 0.45 | 0.00 |
| Fri | 09/02 | | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Sat | 09/03 | | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | WEEK 1 TOTALS | | | 29.05 | 0.00 |

| WEEK 2 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|---|
| Sun | 09/04 | | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Mon | 09/05 | | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Tue | 09/06 | 09:57 AM | - 07:53 PM | | 9.93 | 002010 | 9.93 | 0.00 |
| Wed | 09/07 | 09:54 AM | - 07:56 PM | | 10.03 | 002010 | 10.03 | 0.00 |
| Thu | 09/08 | 10:04 AM | - 05:49 PM | | 7.75 | 002010 | 7.75 | 0.00 |
| Fri | 09/09 | 10:23 AM | - 06:00 PM | | 7.62 | 002010 | 7.62 | 0.00 |
| Sat | 09/10 | | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | WEEK 2 TOTALS | | | 35.33 | 0.00 |

| WEEK 3 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|---|
| Sun | 09/11 | | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | WEEK 3 TOTALS | | | 0.00 | 0.00 |

Pay Period (64.38)   Week 1 (29.05)   Week 2 (35.33)   Week 3 (0.00)

SAVE   REFRESH                                                              PREFERENCES   Legend




ADP

STRATEGIC

| HOME | RESOURCES | MYSELF | MY TEAM | PEOPLE | PROCESS | REPORTS | SETUP | Search |

# Individual Timecard

**DS**  Schur, Daniel E
CONSULT - Sales Consultant
Home Department : 002010 - DS Attorney Sales

Tax ID (SSN): XXX-XX-3907
Position ID: WKT003907
Hire Date: 06/06/2016
Status: Terminated
Employee Search: <ALL EMPLOYEES>

REFRESH
541 of 667

Range of Dates | 9/12/2016 | 9/25/2016 | FIND | APPROVE TIMECARD

Timecard | Totals | Schedule | Time Off Balances

| WEEK 1 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|---|
| Mon | 09/12 | 09:54 AM | - 08:00 PM | | 10.10 | 002010 | 10.10 | 0.00 |
| Tue | 09/13 | 10:03 AM | - 01:00 PM | | 2.95 | 002010 | | 0.00 |
| | 09/13 | 02:00 PM | - 07:52 PM | | 5.87 | 002010 | 8.82 | 0.00 |
| Wed | 09/14 | 10:08 AM | - 08:00 PM | | 9.87 | 002010 | 9.87 | 0.00 |
| Thu | 09/15 | 09:04 AM | - 05:44 PM | | 8.67 | 002010 | 8.67 | 0.00 |
| Fri | 09/16 | 10:39 AM | - 02:30 PM | | 3.85 | 002010 | | 0.00 |
| | 09/16 | 03:00 PM | - 04:05 PM | | 1.08 | 002010 | 4.93 | 0.00 |
| Sat | 09/17 | | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | WEEK 1 TOTALS | | | 42.38 | 0.00 |

| WEEK 2 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|---|
| Sun | 09/18 | | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Mon | 09/19 | 10:20 AM | - 06:31 PM | | 8.18 | 002010 | 8.18 | 0.00 |
| Tue | 09/20 | 10:00 AM | - 12:30 PM | | 2.50 | 002010 | | 0.00 |
| | 09/20 | 01:45 PM | - 07:59 PM | | 6.23 | 002010 | 8.73 | 0.00 |
| Wed | 09/21 | 10:24 AM | - 06:30 PM | | 8.10 | 002010 | 8.10 | 0.00 |
| Thu | 09/22 | 10:12 AM | - 06:30 PM | | 8.30 | 002010 | 8.30 | 0.00 |
| Fri | 09/23 | 09:41 AM | - 05:07 PM | | 7.43 | 002010 | 7.43 | 0.00 |
| Sat | 09/24 | | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | WEEK 2 TOTALS | | | 40.75 | 0.00 |

| WEEK 3 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|---|
| Sun | 09/25 | | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | WEEK 3 TOTALS | | | 0.00 | 0.00 |

Pay Period (83.13)   Week 1 (42.38)   Week 2 (40.75)   Week 3 (0.00)

SAVE   REFRESH   PREFERENCES   Legend






ADP

# Individual Timecard

**DS** Schur, Daniel E
CONSULT - Sales Consultant
Home Department : 002010 - DS Attorney Sales

Tax ID (SSN): XXX-XX-3907
Position ID: WKT003907
Hire Date: 06/06/2016
Status: Terminated
Employee Search: <ALL EMPLOYEES>
541 of 667

Range of Dates: 9/26/2016 — 10/9/2016

Timecard | Totals | Schedule | Time Off Balances

| WEEK 1 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|---|
| Mon | 09/26 | 10:13 AM | - 04:43 PM | | 6.50 | 002010 | | 0.00 |
| | 09/26 | 05:39 PM | - 08:00 PM | | 2.35 | 002010 | 8.85 | 0.00 |
| Tue | 09/27 | 10:10 AM | - 04:25 PM | | 6.25 | 002010 | | 0.00 |
| | 09/27 | 05:25 PM | - 08:00 PM | | 2.58 | 002010 | 8.83 | 0.00 |
| Wed | 09/28 | 10:11 AM | - 06:28 PM | | 8.28 | 002010 | | 0.00 |
| | 09/28 | 07:01 PM | - 08:00 PM | | 0.98 | 002010 | 9.27 | 0.00 |
| Thu | 09/29 | 09:33 AM | - 12:47 PM | | 3.23 | 002010 | | 0.00 |
| | 09/29 | 01:15 PM | - 01:40 PM | | 0.42 | 002010 | 3.65 | 0.00 |
| Fri | 09/30 | 10:03 AM | - 05:42 PM | | 7.65 | 002010 | 7.65 | 0.00 |
| Sat | 10/01 | | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | | WEEK 1 TOTALS | | 38.25 | 0.00 |

| WEEK 2 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|---|
| Sun | 10/02 | | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Mon | 10/03 | 10:14 AM | - 01:00 PM | | 2.77 | 002010 | | 0.00 |
| | 10/03 | 02:00 PM | - 08:00 PM | | 6.00 | 002010 | 8.77 | 0.00 |
| Tue | 10/04 | 10:06 AM | - 01:17 PM | | 3.18 | 002010 | | 0.00 |
| | 10/04 | 02:42 PM | - 08:00 PM | | 5.30 | 002010 | 8.48 | 0.00 |
| Wed | 10/05 | 10:15 AM | - 07:56 PM | | 9.68 | 002010 | 9.68 | 0.00 |
| Thu | 10/06 | 10:40 AM | - 01:18 PM | | 2.63 | 002010 | | 0.00 |
| | 10/06 | 02:04 PM | - 07:55 PM | | 5.85 | 002010 | 8.48 | 0.00 |
| Fri | 10/07 | | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Sat | 10/08 | | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | | WEEK 2 TOTALS | | 35.42 | 0.00 |

| WEEK 3 | | IN - OUT | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|
| Sun | 10/09 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | WEEK 3 TOTALS | | 0.00 | 0.00 |

Pay Period (73.67)   Week 1 (38.25)   Week 2 (35.42)   Week 3 (0.00)

SAVE   REFRESH   PREFERENCES   Legend

Privacy   Legal   Requirements   Product Feedback   About   Copyright © 2017, ADP, LLC ALL RIGHTS RESERVED

