# EXHIBIT F

(Part Three)

ADP

STRATEGIC

HOME RESOURCES MYSELF MY TEAM PEOPLE PROCESS REPORTS SETUP Search

# Individual Timecard

DS

Schur, Daniel E

CONSULT - Sales Consultant
Home Department : 002010 - DS Attorney Sales

| Tax ID (SSN) | Position ID | Hire Date | Status | Employee Search |
|---|---|---|---|---|
| XXX-XX-3907 | WKT003907 | 06/06/2016 | Terminated | <ALL EMPLOYEES> |

REFRESH

541 of 667

Range of Dates 10/10/2016 10/26/2016 FIND APPROVE TIMECARD

Timecard Totals Schedule Time Off Balances

| | WEEK 1 | | IN - OUT | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|---|
| | Mon | 10/10 | 09:56 AM - 01:25 PM | | 3.48 | 002010 | | 0.00 |
| | | 10/10 | 03:25 PM - 08:00 PM | | 4.58 | 002010 | 8.07 | 0.00 |
| | Tue | 10/11 | 10:02 AM - 01:41 PM | | 3.65 | 002010 | | 0.00 |
| | | 10/11 | 02:37 PM - 07:55 PM | | 5.30 | 002010 | 8.95 | 0.00 |
| | Wed | 10/12 | 09:58 AM - 11:41 AM | | 1.72 | 002010 | | 0.00 |
| | | 10/12 | 01:29 PM - 07:56 PM | | 6.45 | 002010 | 8.17 | 0.00 |
| | Thu | 10/13 | 10:11 AM - 07:59 PM | | 9.80 | 002010 | 9.80 | 0.00 |
| | Fri | 10/14 | 10:12 AM - 05:32 PM | | 7.33 | 002010 | 7.33 | 0.00 |
| | Sat | 10/15 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | | WEEK 1 TOTALS | | 42.32 | 0.00 |

| | WEEK 2 | | IN - OUT | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|---|
| | Sun | 10/16 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | Mon | 10/17 | 09:58 AM - 04:04 PM | | 6.10 | 002010 | | 0.00 |
| | | 10/17 | 05:39 PM - 08:00 PM | | 2.35 | 002010 | 8.45 | 0.00 |
| | Tue | 10/18 | 10:24 AM - 08:02 PM | | 9.63 | 002010 | 9.63 | 0.00 |
| | Wed | 10/19 | 10:40 AM - 05:03 PM | | 6.38 | 002010 | | 0.00 |
| | | 10/19 | 06:23 PM - 08:00 PM | | 1.62 | 002010 | 8.00 | 0.00 |
| | Thu | 10/20 | 10:16 AM - 06:03 PM | | 7.78 | 002010 | 7.78 | 0.00 |
| | Fri | 10/21 | 11:33 AM - 06:00 PM | | 6.45 | 002010 | 6.45 | 0.00 |
| | Sat | 10/22 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | | WEEK 2 TOTALS | | 40.32 | 0.00 |

| | WEEK 3 | | IN - OUT | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|---|
| | Sun | 10/23 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | Mon | 10/24 | 10:01 AM - 08:00 PM | | 9.98 | 002010 | 9.98 | 0.00 |
| | Tue | 10/25 | 10:30 AM - 08:00 PM | | 9.50 | 002010 | 9.50 | 0.00 |
| | Wed | 10/26 | 10:11 AM - 05:31 PM | | 7.33 | 002010 | 7.33 | 0.00 |
| | | | | | WEEK 3 TOTALS | | 26.82 | 0.00 |

**Pay Period** (109.45) **Week 1** (42.32) **Week 2** (40.32) **Week 3** (26.82)

SAVE REFRESH PREFERENCES Legend

ADP

STRATEGIC
HOME
RESOURCES
MYSELF
MY TEAM
PEOPLE
PROCESS
REPORTS
SETUP
Search
Individual Timecard
DS
Schur, Daniel E
CONSULT - Sales Consultant
Home Department : 002010 - DS Attorney Sales
Tax ID (SSN)
XXX-XX-3907
Position ID
WKT003907
Hire Date
06/06/2016
Status
Terminated
Employee Search
<ALL EMPLOYEES>
REFRESH
541 of 667
Range of Dates
10/10/2016
10/26/2016
FIND
Timecard
Totals
Schedule
Time Off Balances
Display Totals By:
Pay Code
Week

| PAY CODE | HOURS | DOLLARS |
|---|---|---|
| OVERTIME | 2.63 | 104.44 |
| REGSAL | 106.82 | 0.00 |
| **GROSS TOTALS:** | **109.45** | **104.44** |

Privacy Legal Requirements Product Feedback About

Copyright © 2017, ADP, LLC ALL RIGHTS RESERVED



ADP

HOME RESOURCES MYSELF MY TEAM PEOPLE PROCESS REPORTS SETUP Search

# Individual Timecard

DS Schur, Daniel E
CONSULT - Sales Consultant
Home Department : 002010 - DS Attorney Sales

| Tax ID (SSN) | Position ID | Hire Date | Status | Employee Search |
|---|---|---|---|---|
| XXX-XX-3907 | WKT003907 | 06/06/2016 | Terminated | <ALL EMPLOYEES> |

REFRESH

541 of 667

Range of Dates 10/27/2016 11/9/2016 FIND APPROVE TIMECARD

Timecard Totals Schedule Time Off Balances

| WEEK 1 | | IN - OUT | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|
| Thu | 10/27 | 10:16 AM - 08:00 PM | | 9.73 | 002010 | 9.73 | 0.00 |
| Fri | 10/28 | 10:07 AM - 12:19 PM | | 2.20 | 002010 | | 0.00 |
| | 10/28 | 02:00 PM - 06:00 PM | | 4.00 | 002010 | 6.20 | 0.00 |
| Sat | 10/29 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | WEEK 1 TOTALS | | 15.93 | 0.00 |
| **WEEK 2** | | **IN - OUT** | **PAY CODE** | **HOURS** | **DEPARTMENT** | **DAILY TOTALS** | **OVERTIME** |
| Sun | 10/30 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Mon | 10/31 | 09:53 AM - 05:27 PM | | 7.57 | 002010 | | 0.00 |
| | 10/31 | 06:14 PM - 08:00 PM | | 1.77 | 002010 | 9.33 | 0.00 |
| Tue | 11/01 | 10:09 AM - 12:56 PM | | 2.78 | 002010 | | 0.00 |
| | 11/01 | 02:12 PM - 08:00 PM | | 5.80 | 002010 | 8.58 | 0.00 |
| Wed | 11/02 | 10:19 AM - 06:00 PM | | 7.68 | 002010 | 7.68 | 0.00 |
| Thu | 11/03 | 10:06 AM - 08:00 PM | | 9.90 | 002010 | 9.90 | 0.00 |
| Fri | 11/04 | 09:36 AM - 01:00 PM | | 3.40 | 002010 | | 0.00 |
| | 11/04 | 02:30 PM - 06:00 PM | | 3.50 | 002010 | 6.90 | 0.00 |
| Sat | 11/05 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | WEEK 2 TOTALS | | 42.40 | 0.00 |
| **WEEK 3** | | **IN - OUT** | **PAY CODE** | **HOURS** | **DEPARTMENT** | **DAILY TOTALS** | **OVERTIME** |
| Sun | 11/06 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Mon | 11/07 | 09:58 AM - 05:22 PM | | 7.40 | 002010 | 7.40 | 0.00 |
| Tue | 11/08 | 10:09 AM - 08:00 PM | | 9.85 | 002010 | 9.85 | 0.00 |
| Wed | 11/09 | 10:06 AM - 07:54 PM | | 9.80 | 002010 | 9.80 | 0.00 |
| | | | | WEEK 3 TOTALS | | 27.05 | 0.00 |

**Pay Period** (85.38) **Week 1** (15.93) **Week 2** (42.40) **Week 3** (27.05)

SAVE REFRESH PREFERENCES Legend



ADP

STRATEGIC

HOME RESOURCES MYSELF MY TEAM PEOPLE PROCESS REPORTS SETUP Search

# Individual Timecard

DS Schur, Daniel E
CONSULT - Sales Consultant
Home Department : 002010 - DS Attorney Sales

| Tax ID (SSN) | Position ID | Hire Date | Status | Employee Search |
|---|---|---|---|---|
| XXX-XX-3907 | WKT003907 | 06/06/2016 | Terminated | <ALL EMPLOYEES> |

REFRESH
541 of 667

Range of Dates 10/27/2016 11/9/2016 FIND

Timecard Totals Schedule Time Off Balances

Display Totals By: Pay Code Week

| PAY CODE | HOURS | DOLLARS |
|---|---|---|
| OVERTIME | 5.15 | 204.25 |
| REGSAL | 80.23 | 0.00 |
| **GROSS TOTALS:** | **85.38** | **204.25** |

Privacy Legal Requirements Product Feedback About

Copyright © 2017, ADP, LLC ALL RIGHTS RESERVED



ADP

HOME RESOURCES MYSELF MY TEAM PEOPLE PROCESS REPORTS SETUP Search

# Individual Timecard

DS Schur, Daniel E
CONSULT - Sales Consultant
Home Department : 002010 - DS Attorney Sales

| Tax ID (SSN) | Position ID | Hire Date | Status | Employee Search |
|---|---|---|---|---|
| XXX-XX-3907 | WKT003907 | 06/06/2016 | Terminated | <ALL EMPLOYEES> |

REFRESH
541 of 667

Range of Dates 11/10/2016 11/27/2016 FIND APPROVE TIMECARD

Timecard Totals Schedule Time Off Balances

| > | WEEK 1 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|---|---|
| Thu | 11/10 | 10:04 AM | - | 07:59 PM | | 9.92 | 002010 | 9.92 | 0.00 |
| Fri | 11/11 | | - | | | 0.00 | 002010 | 0.00 | 0.00 |
| Sat | 11/12 | | - | | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | | | | WEEK 1 TOTALS | 9.92 | 0.00 |
| > | WEEK 2 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
| Sun | 11/13 | | - | | | 0.00 | 002010 | 0.00 | 0.00 |
| Mon | 11/14 | 09:54 AM | - | 12:00 PM | | 2.10 | 002010 | | 0.00 |
| | 11/14 | 01:00 PM | - | 07:58 PM | | 6.97 | 002010 | 9.07 | 0.00 |
| Tue | 11/15 | 10:14 AM | - | 12:00 PM | | 1.77 | 002010 | | 0.00 |
| | 11/15 | 01:00 PM | - | 07:53 PM | | 6.88 | 002010 | 8.65 | 0.00 |
| Wed | 11/16 | 10:13 AM | - | 12:00 PM | | 1.78 | 002010 | | 0.00 |
| | 11/16 | 01:00 PM | - | 07:56 PM | | 6.93 | 002010 | 8.72 | 0.00 |
| Thu | 11/17 | 11:58 AM | - | 12:00 PM | | 0.03 | 002010 | | 0.00 |
| | 11/17 | 01:00 PM | - | 08:00 PM | | 7.00 | 002010 | 7.03 | 0.00 |
| Fri | 11/18 | 10:16 AM | - | 12:00 PM | | 1.73 | 002010 | | 0.00 |
| | 11/18 | 01:00 PM | - | 05:52 PM | | 4.87 | 002010 | 6.60 | 0.00 |
| Sat | 11/19 | | - | | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | | | | WEEK 2 TOTALS | 40.07 | 0.00 |
| > | WEEK 3 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
| Sun | 11/20 | | - | | | 0.00 | 002010 | 0.00 | 0.00 |
| Mon | 11/21 | 10:18 AM | - | 07:55 PM | | 9.62 | 002010 | 9.62 | 0.00 |
| Tue | 11/22 | 10:06 AM | - | 07:28 PM | | 9.37 | 002010 | 9.37 | 0.00 |
| Wed | 11/23 | 10:36 AM | - | 06:00 PM | | 7.40 | 002010 | 7.40 | 0.00 |
| Thu | 11/24 | | - | | | 0.00 | 002010 | 0.00 | 0.00 |
| Fri | 11/25 | 10:16 AM | - | 06:00 PM | | 7.73 | 002010 | 7.73 | 0.00 |
| Sat | 11/26 | | - | | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | | | | WEEK 3 TOTALS | 34.12 | 0.00 |
| > | WEEK 4 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
| Sun | 11/27 | | - | | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | | | | WEEK 4 TOTALS | 0.00 | 0.00 |

**Pay Period** (84.10) **Week 1** (9.92) **Week 2** (40.07) **Week 3** (34.12) **Week 4** (0.00)

SAVE REFRESH PREFERENCES Legend

STRATEGIC
HOME
RESOURCES
MYSELF
MY TEAM
PEOPLE
PROCESS
REPORTS
SETUP
Search
Individual Timecard
DS
Schur, Daniel E
CONSULT - Sales Consultant
Home Department : 002010 - DS Attorney Sales
Tax ID (SSN)
XXX-XX-3907
Position ID
WKT003907
Hire Date
06/06/2016
Status
Terminated
Employee Search
<ALL EMPLOYEES>
REFRESH
541 of 667
Range of Dates
11/10/2016
11/27/2016
FIND
Timecard
Totals
Schedule
Time Off Balances

Display Totals By: Pay Code Week

| PAY CODE | HOURS | DOLLARS |
|---|---|---|
| OVERTIME | 0.07 | 2.64 |
| REGSAL | 84.03 | 0.00 |
| **GROSS TOTALS:** | **84.10** | **2.64** |

Privacy Legal Requirements Product Feedback About

Copyright © 2017, ADP, LLC ALL RIGHTS RESERVED

 ADP

HOME RESOURCES MYSELF MY TEAM PEOPLE PROCESS REPORTS SETUP Search

# Individual Timecard

DS Schur, Daniel E
CONSULT - Sales Consultant
Home Department : 002010 - DS Attorney Sales

| Tax ID (SSN) | Position ID | Hire Date | Status | Employee Search |
|---|---|---|---|---|
| XXX-XX-3907 | WKT003907 | 06/06/2016 | Terminated | <ALL EMPLOYEES> |

REFRESH

541 of 667

Range of Dates 11/28/2016 12/11/2016 FIND APPROVE TIMECARD

Timecard Totals Schedule Time Off Balances

| WEEK 1 | | IN - OUT | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|
| Mon | 11/28 | 10:11 AM - 05:00 PM | | 6.82 | 002010 | 6.82 | 0.00 |
| Tue | 11/29 | 01:52 PM - 08:00 PM | | 6.13 | 002010 | 6.13 | 0.00 |
| Wed | 11/30 | 10:16 AM - 07:02 PM | | 8.77 | 002010 | 8.77 | 0.00 |
| Thu | 12/01 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Fri | 12/02 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Sat | 12/03 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | WEEK 1 TOTALS | | 21.72 | 0.00 |
| WEEK 2 | | IN - OUT | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
| Sun | 12/04 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Mon | 12/05 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Tue | 12/06 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Wed | 12/07 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Thu | 12/08 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Fri | 12/09 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| Sat | 12/10 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | WEEK 2 TOTALS | | 0.00 | 0.00 |
| WEEK 3 | | IN - OUT | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
| Sun | 12/11 | - | | 0.00 | 002010 | 0.00 | 0.00 |
| | | | | WEEK 3 TOTALS | | 0.00 | 0.00 |

**Pay Period** (21.72) **Week 1** (21.72) **Week 2** (0.00) **Week 3** (0.00)

SAVE REFRESH PREFERENCES Legend

Privacy Legal Requirements Product Feedback About

Copyright © 2017, ADP, LLC ALL RIGHTS RESERVED

ADP

STRATEGIC

HOME RESOURCES MYSELF MY TEAM PEOPLE PROCESS REPORTS SETUP Search

# Individual Timecard

DS

Schur, Daniel E
CONSULT - Sales Consultant
Home Department : 002010 - DS Attorney Sales

| Tax ID (SSN) | Position ID | Hire Date | Status | Employee Search |
|---|---|---|---|---|
| XXX-XX-3907 | WKT003907 | 06/06/2016 | Terminated | <ALL EMPLOYEES> |

REFRESH

541 of 667

Range of Dates 11/28/2016 12/11/2016 FIND

Timecard Totals Schedule Time Off Balances

Display Totals By: Pay Code Week

| PAY CODE | HOURS | DOLLARS |
|---|---|---|
| REGSAL | 21.72 | 0.00 |
| **GROSS TOTALS:** | **21.72** | **0.00** |

Privacy Legal Requirements Product Feedback About

Copyright © 2017, ADP, LLC ALL RIGHTS RESERVED

# Pay Statements - Rollup Totals

**Name: Schur, Daniel E**

## Selected Pay Statements

| YEAR/WEEK # | PAY DATE | PERIOD END | GROSS | NET | CHECK NUMBER | CO/FILE # |
|---|---|---|---|---|---|---|
| 2016 - 50 - 1 | 12/15/2016 | 12/11/2016 | 574.28 | 530.35 | 00011408 | WKT/003907 |
| 2016 - 48 - 1 | 11/30/2016 | 11/27/2016 | 3,224.53 | 2,369.06 | 00011380 | WKT/003907 |
| 2016 - 46 - 1 | 11/15/2016 | 11/9/2016 | 2,529.78 | 1,981.12 | 00011349 | WKT/003907 |
| 2016 - 43 - 1 | 10/31/2016 | 10/26/2016 | 3,032.94 | 2,240.70 | 00011318 | WKT/003907 |
| 2016 - 41 - 1 | 10/14/2016 | 10/9/2016 | 2,077.83 | 1,674.94 | 00011279 | WKT/003907 |
| 2016 - 39 - 1 | 9/30/2016 | 9/25/2016 | 2,363.48 | 1,789.53 | 00011248 | WKT/003907 |
| 2016 - 37 - 1 | 9/15/2016 | 9/11/2016 | 1,812.21 | 1,494.05 | 00011215 | WKT/003907 |
| 2016 - 35 - 1 | 8/31/2016 | 8/28/2016 | 2,556.19 | 1,999.02 | 00011181 | WKT/003907 |
| 2016 - 32 - 1 | 8/15/2016 | 8/10/2016 | 2,019.22 | 1,635.22 | 00011142 | WKT/003907 |
| 2016 - 30 - 1 | 8/1/2016 | 7/27/2016 | 2,851.94 | 2,197.49 | 00011094 | WKT/003907 |
| 2016 - 28 - 1 | 7/15/2016 | 7/10/2016 | 2,212.52 | 1,766.19 | 00011043 | WKT/003907 |
| 2016 - 26 - 1 | 6/30/2016 | 6/26/2016 | 2,225.71 | 1,775.11 | 00011008 | WKT/003907 |
| 2016 - 24 - 1 | 6/15/2016 | 6/12/2016 | 1,057.60 | 934.60 | 00010971 | WKT/003907 |

## Earnings Statement Summary

| Earnings | Code | Field # | Hours | Amount |
|---|---|---|---|---|
| Regular | | | 969.24 | 25,626.70 |
| Overtime | | | 26.74 | 1,060.53 |
| | BON - Bonus | 3 | | 1,681.00 |
| | DIC - Dice Rolls | 3 | | 60.00 |
| | SPI - Spins | 3 | | 110.00 |
| **Gross Pay** | | | | **28,538.23** |

| Deductions | Statutory | Amount |
|---|---|---|
| Federal Income Tax | | 2,155.09 |
| Social Security | | 1,747.70 |
| Medicare | | 408.74 |
| State Worked In: New York | NY | 875.75 |
| SUI/SDI: New York (Taxing) | 19 | 31.20 |
| Locality Worked In: NYC RESIDENTS | 3301 | 582.87 |
| | **Other** | **Amount** |
| | COM- Commuter Ben | 233.00 |
| | TRC- Commuter Ben | 116.50 |
| **Net Pay** | | **22,387.38** |

| Memos | Code | Amount |
|---|---|---|
| | J | 28,538.23 |
| | M- Mcttax | 95.85 |
| | NYC | 773.98 |