# EXHIBIT F

(Part Four)

ADP

 STRATEGIC

| HOME | RESOURCES | MYSELF | MY TEAM | PEOPLE | PROCESS | REPORTS | SETUP | Search |

# Individual Timecard

**HB** — **Bagley, Halton W**
CONSULT - Sales Consultant
Home Department : 002010 - DS Attorney Sales

Tax ID (SSN): XXX-XX-8456
Position ID: WKT008456
Hire Date: 06/06/2016
Status: Terminated
Employee Search: <ALL EMPLOYEES>

REFRESH — 29 of 685

Range of Dates — 5/26/2016 — 6/12/2016 — FIND — APPROVE TIMECARD

Timecard · Totals · Schedule · Time Off Balances

| | | IN - OUT | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|
| **WEEK 1** | | | | | | | |
| Thu | 05/26 | - | | 0.00 | | 0.00 | 0.00 |
| Fri | 05/27 | - | | 0.00 | | 0.00 | 0.00 |
| Sat | 05/28 | - | | 0.00 | | 0.00 | 0.00 |
| | | | | **WEEK 1 TOTALS** | | 0.00 | 0.00 |
| **WEEK 2** | | IN - OUT | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
| Sun | 05/29 | - | | 0.00 | | 0.00 | 0.00 |
| Mon | 05/30 | - | | 0.00 | | 0.00 | 0.00 |
| Tue | 05/31 | - | | 0.00 | | 0.00 | 0.00 |
| Wed | 06/01 | - | | 0.00 | | 0.00 | 0.00 |
| Thu | 06/02 | - | | 0.00 | | 0.00 | 0.00 |
| Fri | 06/03 | - | | 0.00 | | 0.00 | 0.00 |
| Sat | 06/04 | - | | 0.00 | | 0.00 | 0.00 |
| | | | | **WEEK 2 TOTALS** | | 0.00 | 0.00 |
| **WEEK 3** | | IN - OUT | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
| Sun | 06/05 | - | | 0.00 | | 0.00 | 0.00 |
| Mon | 06/06 | 08:00 AM - 04:00 PM | | 8.00 | 001300 | 8.00 | 0.00 |
| Tue | 06/07 | 08:00 AM - 04:00 PM | | 8.00 | 001300 | 8.00 | 0.00 |
| Wed | 06/08 | 08:00 AM - 04:00 PM | | 8.00 | 001300 | 8.00 | 0.00 |
| Thu | 06/09 | 08:00 AM - 04:00 PM | | 8.00 | 001300 | 8.00 | 0.00 |
| Fri | 06/10 | 08:00 AM - 04:00 PM | | 8.00 | 001300 | 8.00 | 0.00 |
| Sat | 06/11 | - | | 0.00 | | 0.00 | 0.00 |
| | | | | **WEEK 3 TOTALS** | | 40.00 | 0.00 |
| **WEEK 4** | | IN - OUT | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
| Sun | 06/12 | - | | 0.00 | | 0.00 | 0.00 |

**Pay Period (40.00)**   Week 1 (0.00)   Week 2 (0.00)   Week 3 (40.00)   Week 4 (0.00)

SAVE   REFRESH   PREFERENCES   Legend

Privacy   Legal   Requirements   Product Feedback   About   Copyright © 2017, ADP, LLC ALL RIGHTS RESERVED

ADP



HOME  RESOURCES  MYSELF  MY TEAM  PEOPLE  PROCESS  REPORTS  SETUP    Search

# Individual Timecard

**HB**  Bagley, Halton W
CONSULT - Sales Consultant
Home Department : 002010 - DS Attorney Sales

Tax ID (SSN): XXX-XX-8456
Position ID: WKT008456
Hire Date: 06/06/2016
Status: Terminated
Employee Search: <ALL EMPLOYEES>
REFRESH
29 of 685

Range of Dates | 6/13/2016 | 6/26/2016 | FIND | APPROVE TIMECARD

Timecard  Totals  Schedule  Time Off Balances

| WEEK 1 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|---|
| Mon | 06/13 | 08:00 AM | - 04:00 PM | | 8.00 | 001300 | 8.00 | 0.00 |
| Tue | 06/14 | 08:00 AM | - 04:00 PM | | 8.00 | 001300 | 8.00 | 0.00 |
| Wed | 06/15 | 08:00 AM | - 04:00 PM | | 8.00 | 001300 | 8.00 | 0.00 |
| Thu | 06/16 | 08:00 AM | - 04:00 PM | | 8.00 | 001300 | 8.00 | 0.00 |
| Fri | 06/17 | 08:00 AM | - 04:00 PM | | 8.00 | 001300 | 8.00 | 0.00 |
| Sat | 06/18 | | - | | 0.00 | | 0.00 | 0.00 |
| | | | | WEEK 1 TOTALS | | | 40.00 | 0.00 |
| WEEK 2 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
| Sun | 06/19 | | - | | 0.00 | | 0.00 | 0.00 |
| Mon | 06/20 | 10:00 AM | - 08:00 PM | | 10.00 | 001300 | 10.00 | 0.00 |
| Tue | 06/21 | 09:58 AM | - 03:01 PM | | 5.05 | 001300 | | 0.00 |
| | 06/21 | 03:56 PM | - 08:00 PM | | 4.07 | 001300 | 9.12 | 0.00 |
| Wed | 06/22 | 09:52 AM | - 03:54 PM | | 6.03 | 001300 | | 0.00 |
| | 06/22 | 04:51 PM | - 08:00 PM | | 3.15 | 001300 | 9.18 | 0.00 |
| Thu | 06/23 | 10:01 AM | - 02:29 PM | | 4.47 | 001300 | | 0.00 |
| | 06/23 | 03:25 PM | - 08:00 PM | | 4.58 | 001300 | 9.05 | 0.00 |
| Fri | 06/24 | 09:43 AM | - 12:49 PM | | 3.10 | 001300 | | 0.00 |
| | 06/24 | 01:44 PM | - 06:08 PM | | 4.40 | 001300 | 7.50 | 0.00 |
| Sat | 06/25 | | - | | 0.00 | | 0.00 | 0.00 |
| | | | | WEEK 2 TOTALS | | | 44.85 | 0.00 |
| WEEK 3 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
| Sun | 06/26 | | - | | 0.00 | | 0.00 | 0.00 |
| | | | | WEEK 3 TOTALS | | | 0.00 | 0.00 |

**Pay Period (84.85)**  Week 1 (40.00)  Week 2 (44.85)  Week 3 (0.00)

SAVE  REFRESH    PREFERENCES  Legend

Privacy  Legal  Requirements  Product Feedback  About    Copyright © 2017, ADP, LLC ALL RIGHTS RESERVED



# Individual Timecard

**HB** Bagley, Halton W
CONSULT - Sales Consultant
Home Department : 002010 - DS Attorney Sales

Tax ID (SSN): XXX-XX-8456
Position ID: WKT008456
Hire Date: 06/06/2016
Status: Terminated
Employee Search: <ALL EMPLOYEES>

REFRESH
29 of 685

Range of Dates: 6/27/2016 — 7/10/2016

| | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|---|
| **WEEK 1** | | | | | | | | |
| Mon | 06/27 | 09:50 AM | - 02:19 PM | | 4.48 | 001300 | | 0.00 |
| | 06/27 | 03:25 PM | - 08:00 PM | | 4.58 | 001300 | 9.07 | 0.00 |
| Tue | 06/28 | 09:50 AM | - 01:51 PM | | 4.02 | 001300 | | 0.00 |
| | 06/28 | 02:58 PM | - 08:00 PM | | 5.03 | 001300 | 9.05 | 0.00 |
| Wed | 06/29 | 09:47 AM | - 01:59 PM | | 4.20 | 001300 | | 0.00 |
| | 06/29 | 02:59 PM | - 08:00 PM | | 5.02 | 001300 | 9.22 | 0.00 |
| Thu | 06/30 | 09:57 AM | - 01:36 PM | | 3.65 | 001300 | | 0.00 |
| | 06/30 | 02:43 PM | - 08:00 PM | | 5.28 | 001300 | 8.93 | 0.00 |
| Fri | 07/01 | 10:01 AM | - 01:00 PM | | 2.98 | 001300 | | 0.00 |
| | 07/01 | 02:00 PM | - 06:01 PM | | 4.02 | 001300 | 7.00 | 0.00 |
| Sat | 07/02 | | - | | 0.00 | | 0.00 | 0.00 |
| | | | | WEEK 1 TOTALS | | | 43.27 | 0.00 |
| **WEEK 2** | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
| Sun | 07/03 | | - | | 0.00 | | 0.00 | 0.00 |
| Mon | 07/04 | | - | | 0.00 | | 0.00 | 0.00 |
| Tue | 07/05 | 09:54 AM | - 02:32 PM | | 4.63 | 001300 | | 0.00 |
| | 07/05 | 03:31 PM | - 08:00 PM | | 4.48 | 001300 | 9.12 | 0.00 |
| Wed | 07/06 | 09:51 AM | - 02:46 PM | | 4.92 | 001300 | | 0.00 |
| | 07/06 | 03:46 PM | - 08:00 PM | | 4.23 | 001300 | 9.15 | 0.00 |
| Thu | 07/07 | 09:53 AM | - 02:10 PM | | 4.28 | 001300 | | 0.00 |
| | 07/07 | 03:10 PM | - 08:00 PM | | 4.83 | 001300 | 9.12 | 0.00 |
| Fri | 07/08 | 09:57 AM | - 01:17 PM | | 3.33 | 001300 | | 0.00 |
| | 07/08 | 02:17 PM | - 06:00 PM | | 3.72 | 001300 | 7.05 | 0.00 |
| Sat | 07/09 | 10:48 AM | - 04:01 PM | | 5.22 | 001300 | 5.22 | 0.00 |
| | | | | WEEK 2 TOTALS | | | 39.65 | 0.00 |
| **WEEK 3** | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
| Sun | 07/10 | | - | | 0.00 | | 0.00 | 0.00 |

Pay Period (82.92)  Week 1 (43.27)  Week 2 (39.65)  Week 3 (0.00)

Privacy  Legal  Requirements  Product Feedback  About  Copyright © 2017, ADP, LLC ALL RIGHTS RESERVED

ADP

 STRATEGIC

HOME   RESOURCES   MYSELF   MY TEAM   PEOPLE   PROCESS   REPORTS   SETUP          Search               🔍

# Individual Timecard

**HB**   Bagley, Halton W   
CONSULT - Sales Consultant   
Home Department : 002010 - DS Attorney Sales

Tax ID (SSN): XXX-XX-8456   Position ID: WKT008456   Hire Date: 06/06/2016   Status: Terminated   Employee Search: <ALL EMPLOYEES>   REFRESH   < 29 of 685 >

Range of Dates   7/11/2016   7/27/2016   Q FIND                     APPROVE TIMECARD

Timecard    Totals    Schedule    Time Off Balances

| WEEK 1 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|---|
| Mon | 07/11 | 09:48 AM | - 03:11 PM | | 5.38 | 001300 | | 0.00 |
| | 07/11 | 04:09 PM | - 08:00 PM | | 3.85 | 001300 | 9.23 | 0.00 |
| Tue | 07/12 | 09:51 AM | - 02:02 PM | | 4.18 | 001300 | | 0.00 |
| | 07/12 | 03:01 PM | - 08:00 PM | | 4.98 | 001300 | 9.17 | 0.00 |
| Wed | 07/13 | 09:53 AM | - 02:37 PM | | 4.73 | 001300 | | 0.00 |
| | 07/13 | 03:37 PM | - 08:00 PM | | 4.38 | 001300 | 9.12 | 0.00 |
| Thu | 07/14 | 09:53 AM | - 02:02 PM | | 4.15 | 001300 | | 0.00 |
| | 07/14 | 03:02 PM | - 08:00 PM | | 4.97 | 001300 | 9.12 | 0.00 |
| Fri | 07/15 | 09:59 AM | - 01:28 PM | | 3.48 | 001300 | | 0.00 |
| | 07/15 | 02:27 PM | - 06:00 PM | | 3.55 | 001300 | 7.03 | 0.00 |
| Sat | 07/16 | | - | | 0.00 | | 0.00 | 0.00 |
| | | | | | WEEK 1 TOTALS | | 43.67 | 0.00 |
| WEEK 2 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
| Sun | 07/17 | | - | | 0.00 | | 0.00 | 0.00 |
| Mon | 07/18 | 09:50 AM | - 02:02 PM | | 4.20 | 001300 | | 0.00 |
| | 07/18 | 03:02 PM | - 08:00 PM | | 4.97 | 001300 | 9.17 | 0.00 |
| Tue | 07/19 | 09:56 AM | - 02:30 PM | | 4.57 | 001300 | | 0.00 |
| | 07/19 | 03:39 PM | - 08:00 PM | | 4.35 | 001300 | 8.92 | 0.00 |
| Wed | 07/20 | 09:36 AM | - 02:08 PM | | 4.53 | 001300 | | 0.00 |
| | 07/20 | 03:06 PM | - 08:00 PM | | 4.90 | 001300 | 9.43 | 0.00 |
| Thu | 07/21 | 09:56 AM | - 01:15 PM | | 3.32 | 001300 | | 0.00 |
| | 07/21 | 02:22 PM | - 08:00 PM | | 5.63 | 001300 | 8.95 | 0.00 |
| Fri | 07/22 | 10:03 AM | - 01:01 PM | | 2.97 | 001300 | | 0.00 |
| | 07/22 | 02:01 PM | - 06:00 PM | | 3.98 | 001300 | 6.95 | 0.00 |
| Sat | 07/23 | | - | | 0.00 | | 0.00 | 0.00 |
| | | | | | WEEK 2 TOTALS | | 43.42 | 0.00 |
| WEEK 3 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
| Sun | 07/24 | | - | | 0.00 | | 0.00 | 0.00 |
| Mon | 07/25 | 09:54 AM | - 02:16 PM | | 4.37 | 001300 | | 0.00 |
| | 07/25 | 03:19 PM | - 08:00 PM | | 4.68 | 001300 | 9.05 | 0.00 |
| Tue | 07/26 | 09:50 AM | - 01:31 PM | | 3.68 | 001300 | | 0.00 |
| | 07/26 | 02:36 PM | - 08:15 PM | | 5.65 | 001300 | 9.33 | 0.00 |
| Wed | 07/27 | 09:55 AM | - 02:01 PM | | 4.10 | 001300 | | 0.00 |
| | 07/27 | 03:00 PM | - 08:00 PM | | 5.00 | 001300 | 9.10 | 0.00 |
| | | | | | WEEK 3 TOTALS | | 27.48 | 0.00 |

Pay Period (114.57)   Week 1 (43.67)   Week 2 (43.42)   Week 3 (27.48)

ADP

 STRATEGIC

HOME   RESOURCES   MYSELF   MY TEAM   PEOPLE   PROCESS   REPORTS   SETUP        Search   Q

## Individual Timecard

**HB**  Bagley, Halton W
CONSULT - Sales Consultant
Home Department : 002010 - DS Attorney Sales

Tax ID (SSN): XXX-XX-8456  
Position ID: WKT008456  
Hire Date: 06/06/2016  
Status: Terminated  
Employee Search: <ALL EMPLOYEES>  
REFRESH   < 29 of 685 >

Range of Dates    7/28/2016    8/10/2016    Q FIND           APPROVE TIMECARD

Timecard    Totals    Schedule    Time Off Balances

| WEEK 1 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
|---|---|---|---|---|---|---|---|---|
| Thu | 07/28 | 09:57 AM | - 01:46 PM | | 3.82 | 001300 | | 0.00 |
| | 07/28 | 02:52 PM | - 08:00 PM | | 5.13 | 001300 | 8.95 | 0.00 |
| Fri | 07/29 | 09:56 AM | - 01:30 PM | | 3.57 | 001300 | | 0.00 |
| | 07/29 | 02:56 PM | - 04:10 PM | | 1.23 | 001300 | | 0.00 |
| | 07/29 | 04:28 PM | - 04:40 PM | | 0.20 | 001300 | 5.00 | 0.00 |
| Sat | 07/30 | | - | | 0.00 | | 0.00 | 0.00 |
| | | | | | | **WEEK 1 TOTALS** | **13.95** | **0.00** |
| WEEK 2 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
| Sun | 07/31 | | - | | 0.00 | | 0.00 | 0.00 |
| Mon | 08/01 | 09:49 AM | - 01:39 PM | | 3.83 | 001300 | | 0.00 |
| | 08/01 | 02:44 PM | - 06:00 PM | | 3.27 | 001300 | 7.10 | 0.00 |
| Tue | 08/02 | 09:51 AM | - 01:05 PM | | 3.23 | 001300 | | 0.00 |
| | 08/02 | 02:15 PM | - 08:00 PM | | 5.75 | 001300 | 8.98 | 0.00 |
| Wed | 08/03 | 09:58 AM | - 01:06 PM | | 3.13 | 001300 | | 0.00 |
| | 08/03 | 02:20 PM | - 05:45 PM | | 3.42 | 001300 | | 0.00 |
| | 08/03 | 06:28 PM | - 08:00 PM | | 1.53 | 001300 | 8.08 | 0.00 |
| Thu | 08/04 | 09:58 AM | - 02:12 PM | | 4.23 | 001300 | | 0.00 |
| | 08/04 | 04:14 PM | - 08:00 PM | | 3.77 | 001300 | 8.00 | 0.00 |
| Fri | 08/05 | 09:57 AM | - 02:20 PM | | 4.38 | 001300 | | 0.00 |
| | 08/05 | 03:17 PM | - 06:00 PM | | 2.72 | 001300 | 7.10 | 0.00 |
| Sat | 08/06 | | - | | 0.00 | | 0.00 | 0.00 |
| | | | | | | **WEEK 2 TOTALS** | **39.27** | **0.00** |
| WEEK 3 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY TOTALS | OVERTIME |
| Sun | 08/07 | | - | | 0.00 | | 0.00 | 0.00 |
| Mon | 08/08 | 09:58 AM | - 04:19 PM | | 6.35 | 001300 | | 0.00 |
| | 08/08 | 05:43 PM | - 08:00 PM | | 2.28 | 001300 | 8.63 | 0.00 |
| Tue | 08/09 | 10:00 AM | - 01:30 PM | | 3.50 | 001300 | | 0.00 |
| | 08/09 | 03:31 PM | - 08:00 PM | | 4.48 | 001300 | 7.98 | 0.00 |
| Wed | 08/10 | 10:49 AM | - 03:04 PM | | 4.25 | 001300 | | 0.00 |
| | 08/10 | 04:05 PM | - 08:00 PM | | 3.92 | 001300 | 8.17 | 0.00 |
| | | | | | | **WEEK 3 TOTALS** | **24.78** | **0.00** |

**Pay Period (78.00)**   Week 1 (13.95)   Week 2 (39.27)   Week 3 (24.78)

SAVE   REFRESH                    PREFERENCES   Legend




