# EXHIBIT G

711 Third Avenue
New York, NY



**Sales Consultant New Hire Training Agenda**
Michael Coelho, VP Training & Development
508 277 5119

## DAY 1
### Monday, June 6, 2016
### 9th Floor Boardroom

| TIME | Topic / Presentation | Facilitator | Subjects Covered |
|---|---|---|---|
| 9:30 – 10:30 | Welcome to Strategic Financial Solutions! Company Overview | Cindy Sperling | Company History / Who we are. |
| 10:30 – 12:00 | Human Resources | Kim Celic | Complete onboarding paperwork. Employee Policies & Procedures. Employee Benefits. |
| 12:00 – 1:00 | Lunch | | |
| 1:00 – 1:30 | Sales Training Expectations & Introductions | Michael Coelho | Course Overview / Expectations |
| 1:30 – 3:30 | Credit Card Modification Overview | Michael Coelho | Overview of the CC Modification Industry. Overview of SFS CC Modification Program. |
| 3:30 – 5:00 | PBS Video | | History of the Credit Card Industry |
| 5:00 – 6:00 | Review Session | Michael Coelho | Thursday's exam: Passing grade of 80 is required for continuation of program. |

The information contained in these documents is confidential, privileged and only for the information of the intended recipient and may not be used, published or redistributed without the prior written consent of STRATEGIC FINANCIAL SOLUTIONS.

## DAY 2

| TIME | Topic / Presentation | Facilitator | Subjects Covered |
|---|---|---|---|
| 10:00 – 11:00 | Overview of Other Debt Relief Options. DTI/LTV/MMP | Michael Coelho | Borrower Options:<br>• Consolidation Loans<br>• Bankruptcy<br>• Credit Counseling<br>• Continuing to pay cc minimum monthly payments. |
| 11:00 - 12:00 | FICO<br>FICO 9.0 | Michael Coelho | Everything you need to know about FICO and your credit score. |
| 12:00 – 1:00 | The SFS Sales Process | Michael Coelho | The Clients' Journey from signup to settlement. |
| 1:00 – 2:00 | Lunch | | |
| 2:00 – 3:00 | Synchronized Selling: | Michael Coelho | Synchronized Selling Workshop: Active Listening |
| 3:00 – 4:30 | Synchronized Selling: Qualifying Call | Michael Coelho | Synchronized Selling Workshop: Power Probing Techniques<br>Qualifying Call Script |
| 4:30 – 6:00 | Qualifying Call Role Play | Michael Coelho | Qualifying Call Role Plays |

The information contained in these documents is confidential, privileged and only for the information of the intended recipient and may not be used, published or redistributed without the prior written consent of STRATEGIC FINANCIAL SOLUTIONS.

## DAY 4

| TIME | Topic / Presentation | Facilitator | Subjects Covered |
|---|---|---|---|
| 10:00 – 11:00 | **Assessment: All topics covered during week 1.** | Michael Coelho | Exam: All topics covered during week 1 with the exception of Synchronized Selling. Passing grade is 80. |
| 11:00 – 1:30 | **Synchronized Selling** | Michael Coelho | **Role Play Exercises:** The Guilt Objection Credit Score Objections: Emotional Auto Loan |
| 1:30 – 2:30 | Lunch | | |
| 2:30 – 6:00 | **Synchronized Selling** | Michael Coelho | **Role Play Exercises:** The Closing Call Script The Guilt Objection Credit Score Objections: Emotional/Auto Loan/Sec. Clearance |
| 6:00 – 7:00 | **Rep Shadowing / Call Monitoring** | | Shadow our top performers. |

The information contained in these documents is confidential, privileged and only for the information of the intended recipient and may not be used, published or redistributed without the prior written consent of STRATEGIC FINANCIAL SOLUTIONS.

## DAY 7

| TIME | Topic / Presentation | Facilitator | Subjects Covered |
|---|---|---|---|
| 10:00 – 1:30 | **Synchronized Selling** | Michael Coelho<br>Chuck Ellison | **Role Play Exercises**<br>Putting it all together:<br>Qualifying Call Script<br>Closing Call Script<br>Enrollment Docs Script<br>All objections covered. |
| 1:30 – 2:30 | Lunch | | |
| 2:30 – ~~5:30~~ 5:30 PM | **Synchronized Selling** | Michael Coelho<br>Chuck Ellison | **Role Play Exercises**<br>Rapid Fire Objections Knockout Round |

## DAY 8

| TIME | Topic / Presentation | Facilitator | Subjects Covered |
|---|---|---|---|
| 10:00 – 1:00 | **Synchronized Selling** | Michael Coelho<br>Chuck Ellison | **Role Play Exercises**<br>Rapid Fire Objections Knockout Round |
| 1:00 – 2:00 | Lunch | | |
| 2:00 – 4:00 | **Synchronized Selling** | Michael Coelho<br>Chuck Ellison | **Graded Role Play Exercises**<br>Perfecting your Call:<br>Qualifying Call /Closing Call. |
| 4:00 – 5:00 | **Jeopardy Final Exam Review** | Michael Coelho | **Final Exam Review** |
| 5:30 – 7:00 | **Rep Shadowing / Call Monitoring** | | Shadow our top performers |

The information contained in these documents is confidential, privileged and only for the information of the intended recipient and may not be used, published or redistributed without the prior written consent of STRATEGIC FINANCIAL SOLUTIONS.

| DAY 10 | | | |
|---|---|---|---|
| TIME | Topic / Presentation | Facilitator | Subjects Covered |
| 10:00 – 11:30 | Synchronized Selling | Michael Coelho | Role Play Exercise: Final Role Play 'Dress Rehearsals'. |
| 11:30 – 3:00 | Individual Role-Play Exam | Chadi Bitar<br>Chuck Ellison<br>Dan Blumkin | Final Role Play Exam: Pass / Fail |
| 5:00 | GRADUATION CEREMONY CONGRATULATIONS! | | |

The information contained in these documents is confidential, privileged and only for the information of the intended recipient and may not be used, published or redistributed without the prior written consent of STRATEGIC FINANCIAL SOLUTIONS.

## DAY 9

| TIME | Topic / Presentation | Facilitator | Subjects Covered |
|---|---|---|---|
| 10:00 – 11:30 | Final Exam | Michael Coelho | All topics covered to date. Passing grade is 80. |
| 1:30 – 2:30 | Lunch | | |
| 2:30 – 6:00 | Synchronized Selling | Michael Coelho<br>Chuck Ellison | **Tailored Role Play Exercise:** Perfecting your Call: Qualifying/Closing Call. |
| 6:00 – 6:30 *7pm* | Final Role-Play Exam Review | Michael Coelho | Preview of tomorrow's exams: Passing grade for Final Exam is 80. Final Role Play Exam is Pass/Fail. |

The information contained in these documents is confidential, privileged and only for the information of the intended recipient and may not be used, published or redistributed without the prior written consent of STRATEGIC FINANCIAL SOLUTIONS.

## DAY 5

| TIME | Topic / Presentation | Facilitator | Subjects Covered |
|---|---|---|---|
| 10:00 – 1:30 | Synchronized Selling | Michael Coelho | **Role Play Exercises:**<br>Closing Call Script<br>Creditor Calls Objection |
| 1:30 – 2:30 | Lunch | | |
| 2:30 – ~~5:00~~ 4PM | Synchronized Selling | Michael Coelho<br>Chuck Ellison | **Role Play Exercises:**<br>Closing Call Script<br>Creditor Calls Objection |

## DAY 6

| TIME | Topic / Presentation | Facilitator | Subjects Covered |
|---|---|---|---|
| ~~10:00~~ 9:30AM – 11:00 | Synchronized Selling EXAM | Michael Coelho | **Role Play Exercises**<br>Litigation / Taxes |
| 11:00 – 1:30 | Synchronized Selling | Michael Coelho | **Role Play Exercises**<br>Closing Call Script<br>All Objections |
| 1:30 – 2:30 | Lunch | | |
| 2:30 – 5:30 | Synchronized Selling | Michael Coelho<br>Chuck Ellison | **Graded Role Play Exercises**<br>Closing Call Script<br>All Objections |
| 5:30 – 7:00 | Rep Shadowing / Call Monitoring | | Shadow our top performers. |

The information contained in these documents is confidential, privileged and only for the information of the intended recipient and may not be used, published or redistributed without the prior written consent of STRATEGIC FINANCIAL SOLUTIONS.

## Day 3

| TIME | Topic / Presentation | Facilitator | Subjects Covered |
|---|---|---|---|
| 10:00 – 11:00 | **Graded Qualifying Call Role Play** | Michael Coelho | Mastering the Qualifying Call |
| 11:00 – 12:00 | **Credit Report Analysis** | Michael Coelho | Credit Report Analysis<br>Eligible Enrolled Debt<br>Debt Calculator |
| 12:00 – 1:30 | **Synchronized Selling** | Michael Coelho | Features & Benefits<br>Objection Handling |
| 1:30 – 2:30 | Lunch | | |
| 2:30 – 4:30 | **Synchronized Selling** | Michael Coelho | Synchronized Selling Workshop: The Closing Call Script |
| 4:30 – 6:00 | **Synchronized Selling** | Michael Coelho | Synchronized Selling Workshop: The Guilt Objection |
| 6:00 – 6:30 | **Review Session<br>Company Tour** | Michael Coelho | Company Tour |

The information contained in these documents is confidential, privileged and only for the information of the intended recipient and may not be used, published or redistributed without the prior written consent of STRATEGIC FINANCIAL SOLUTIONS.