# EXHIBIT J



Home    Company    Our Team    Careers    Press    Contact

# EY announces Ryan Sasson of Strategic Financial Solutions Entrepreneur Of The Year® 2017 semifinalist in New York

**Categories**

- Press Release

**Recent Press Release**

**New York, NY, April 27, 2017** –EY announced that Ryan Sasson, CEO of Strategic Financial Solutions, has been named a semifinalist for the Entrepreneur Of The Year® 2017 Award in the New York Region.  The awards program, which is celebrating its 31st year, recognizes entrepreneurs who are excelling in areas such as innovation, financial performance and personal commitment to their businesses and communities.  Mr. Sasson was selected as a semifinalist by a panel of independent judges.  Award winners will be announced at a special gala event on Thursday, June 22, 2017 at the Marriott Marquis.



"I am honored to be named as a semifinalist for the Entrepreneur Of The Year® Award," said Mr. Sasson.  "While this nomination may be in my name, it is testament to the work that every member of the Strategic team does day in and day out to help our clients achieve financial peace of mind.  I am grateful to work with such a dedicated team that understands that their dedication to our clients make their lives better."

Strategic Financial Solutions was founded in 2007 to provide assistance to consumers burdened with heavy credit card debt.  Since its founding, the company has grown to over 500 employees and resolved more than $750 million of debt for over 100,000 clients.

Now in its 31st year, the Entrepreneur Of The Year® program has expanded to recognize business leaders in over 145 cities and more than 60 countries throughout the world.

Regional award winners are eligible for consideration for the Entrepreneur Of The Year National competition.  Award winners in several national categories, as well as the Entrepreneur Of The Year National Overall Award winner, will be announced at the Entrepreneur Of The Year National Awards gala in Palm Springs, California, on November 18, 2017. The awards are the culminating event of the Strategic Growth Forum$^{TM}$, the nation's most prestigious gathering of high-growth, market-leading companies.

EY announces Ryan Sasson of Strategic Financial Solutions Entrepreneur Of The Year® 2017 semifinalist in New York

April 27, 2017

Strategic Financial Solutions Ranked 21st Among The Best Companies to Work for in New York State

**Sponsors**

Founded and produced by EY, the Entrepreneur Of The Year Awards are nationally sponsored in the US by SAP America, Merrill Corporation and the Ewing Marion Kauffman Foundation.

In New York, sponsors also include Empire Valuation, Kirkland & Ellis LLP, Pine Hill Group, SolomonEdwardsGroup and DLA Piper.

**About Strategic Financial Solutions**

Strategic Financial Solutions is a leading financial services company that provides comprehensive debt relief solutions for people in difficult financial situations.  Through its personalized, tailored approach and proprietary debt modification program, Strategic Financial Solutions has successfully resolved more than $750 million in debt for over 100,000 clients. In 2015 and 21016, Strategic Financial Solutions was named by Crain's New York Business to its Fast 50 Companies list and most recently ranked 44th in the Best Companies to Work for in New York State survey in 2016. The company has also been recognized as an INC. 500 company in 2016 as one of the fastest growing private companies in the United States.  More information can be found at http://stratfs.com.



**Contact:**

Gary Foodim

Senior Vice President of Marketing

Office: (212) 810-4544

Email: gfoodim@stratfs.com

**About Entrepreneur Of The Year®**

Entrepreneur Of The Year®, founded by EY, is the world's most prestigious business awards program for entrepreneurs, chosen from an independent panel of judges including entrepreneurs and prominent leaders from business, finance, and the local community. The program makes a difference through the way it encourages entrepreneurial activity among those with potential and recognizes the contribution of people who inspire others with their vision, leadership and achievement. As the first and only truly global awards program of its kind, Entrepreneur Of The Year celebrates those who are building and leading successful, growing and dynamic businesses, recognizing them through regional, national and global awards programs in over 145 cities and more than 60 countries. ey.com/eoy

**About EY's Growth Markets Network**

EY's worldwide Growth Markets Network is dedicated to serving the changing needs of high-growth companies. For more than 30 years, we've helped many of the world's most dynamic and ambitious companies grow into market leaders. Whether working with international mid-cap companies or early stage, venture-backed businesses, our professionals draw upon their extensive experience, insight and global resources to help your business succeed. For more information, please visit us at ey.com/sgm or follow news on Twitter @EY_Growth.

**About EY**

EY is a global leader in assurance, tax, transaction and advisory services. The insights and quality services we deliver help build trust and confidence in the capital markets and in economies the world over. We develop outstanding leaders who team to deliver on our promises to all of our stakeholders. In so doing, we play a critical role in building a better working world for our people, for our clients and for our communities.

EY refers to the global organization, and may refer to one or more of the member firms of Ernst & Young Global Limited, each of which is a separate legal entity. Ernst & Young Global Limited, a UK company limited by guarantee, does not provide services to clients. For more information about our organization, please visit ey.com.

This news release has been issued by Ernst & Young LLP, a member of the global EY organization that provides services to clients in the US.

For more information, please visit ey.com.

## Related posts

April 24, 2017

Strategic Financial Solutions Ranked 21st Among The Best Companies to Work for in New York State

Read more

April 17, 2017

Our CEO, Ryan Sasson, was just published in the Huffington Post Online. Click below to read his latest article.

Read more

December 16, 2016

Strategic Financial Solutions Named to New York SmartCEO's Future 50 List

Read more



April 24, 2017



Our CEO, Ryan Sasson, was just published in the Huffington Post Online. Click below to read his latest article.

April 17, 2017

### Contact Us

### Recent Press Release

**711 3rd Avenue**
**6th Floor**
**New York, NY 10017**

**Call us: (212) 810-4545**

EY announces Ryan Sasson of Strategic Financial Solutions Entrepreneur Of The Year® 2017 semifinalist in New York





 April 27, 2017

  



© Copyright 2017- Strategic Financial Solutions - All Rights Reserved

