# EXHIBIT K

**CONSENT TO JOIN COLLECTIVE ACTION**

***Schur, et al. v. Strategic Financial Solutions, LLC, et al.,*** **Case No: 17-cv-00546 United States District Court, Southern District of New York**

Complete and Mail, Fax or Email to:

ATTN: STRATEGIC FINANCIAL SOLUTIONS UNPAID OVERTIME ACTION
Stephan Zouras, LLP
205 North Michigan Avenue, Suite 2560
Chicago, Illinois 60601
Fax to: (312) 233-1560
Email to: lawyers@stephanzouras.com

By signing below, I state that I have been employed by <u>Strategic Financial Solutions, LLC and/or Strategic Consulting, LLC</u> as a <u>sales consultant</u> within the past three (3) years and that I worked more than forty (40) hours in at least one week and was not paid overtime. I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

I hereby designate Stephan Zouras, LLP and other attorneys with whom they may associate (Plaintiffs' Counsel) to represent me for all purposes of this action.

I also designate the Class Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____          _____
Date:                                                  Signature

                                                          _____
                                                          Print Name


**\*Statute of Limitations concerns mandate that you return this
form as soon as possible to preserve your rights.\***

***Note: This Second Page Will Not Be Filed With the Court***

NAME: _____ (Print Name)

TELEPHONE NUMBER(S): _____

ADDRESS: _____

CITY: _____    STATE: _____    ZIP CODE: _____

E-MAIL ADDRESS: _____

JOB TITLE WITH STRATEGIC FINANCIAL SOLUTIONS _____
_____

DATES OF EMPLOYMENT WITH STRATEGIC FINANCIAL SOLUTIONS: _____
_____

LOCATION(S) OF EMPLOYMENT WITH STRATEGIC FINANCIAL SOLUTIONS: __
_____

ALTERNATE CONTACT (Someone we can reach if we are unable to locate you): ____
_____
_____