**STEPHAN ZOURAS, LLP**
ATTORNEYS AT LAW

100 North Riverside Plaza, Suite 2150
Chicago, Illinois 60606
P 312-233-1550 | F 312-233-1560
stephanzouras.com

November 30, 2020

MEMO ENDORSED

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: December 1, 2020

**VIA ECF**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Daniel Schur v. Strategic Financial Solutions, LLC, et. al.*
      **Case No. 17-cv-00546 (PGG)**

Dear Judge Gardephe:

This office represents the Plaintiff, Daniel Schur, and the related opt-in Claimants in the above-referenced matter.

We write this letter jointly with counsel for Defendants to respectfully request a one-week extension of time to file a motion for approval of the settlement agreement from November 30, 2020 to December 7, 2020. Since our prior request, the parties have finalized the agreement and have obtained signatures from most of the opt-in Claimants. The additional time is necessary to obtain signatures from two remaining opt-in Claimants.

As such, the parties respectfully request this extension to provide time for the settlement agreement to be executed by all interested parties.

Respectfully submitted,

STEPHAN ZOURAS, LLP

*/s/ Teresa M. Becvar*
Teresa M. Becvar

cc:   All counsel of record via ECF