

100 North Riverside Plaza, Suite 2150
Chicago, Illinois 60606
P 312-233-1550 | F 312-233-1560
stephanzouras.com

December 7, 2020

MEMO ENDORSED

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: December 8, 2020

**VIA ECF**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** ***Daniel Schur v. Strategic Financial Solutions, LLC, et. al.***
**Case No. 17-cv-00546 (PGG)**

Dear Judge Gardephe:

This office represents the Plaintiff, Daniel Schur, and the related opt-in Claimants in the above-referenced matter.

We write this letter jointly with counsel for Defendants to respectfully request an additional one-week extension of time, to December 14, 2020, to file a motion for approval of the settlement agreement reached by the parties in this action. Since our prior request on November 30, 2020, defense counsel has apparently experienced an urgent medical issue, and the parties need additional time to prepare their joint submission to the Court.

As such, the parties respectfully request an additional one-week extension to December 14, 2020 to file their motion for settlement approval.

Respectfully submitted,

STEPHAN ZOURAS, LLP

*/s/ Teresa M. Becvar*
Teresa M. Becvar

cc: All counsel of record via ECF