# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL SCHUR, Individually, and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>STRATEGIC FINANCIAL SOLUTIONS, LLC and STRATEGIC CONSULTING, LLC, RYAN SASSON and KIM CELIC,<br><br>     Defendants. | Civil Action No. 17-cv-546 (PGG) (SLC)<br><br>**CERTIFICATION OF JONATHAN I. NIRENBERG** |

I, Jonathan I. Nirenberg, Esq., of full age, hereby certify and say:

1. I am an attorney-at-law in the State of New Jersey, a partner of Rabner Baumgart Ben-Asher & Nirenberg, P.C. and co-counsel for the Plaintiffs in the above-captioned action (together with Stephan Zouras, LLP, "Plaintiffs' Counsel"). I submit this Certification to demonstrate the reasonableness of the parties' negotiated award of fees and expenses to Plaintiffs' Counsel for their work on this case.

2. I graduated from Cornell Law School in 1998, and have been practicing employment law for approximately 22 years. Most recently, I have been an equity Partner of Rabner Baumgart Ben-Asher & Nirenberg, P.C. (formerly known as Rabner Allcorn Baumgart & Ben-Asher, P.C.) since January 1, 2014.

3. I have worked on numerous appeals that have resulted in favorable published opinions, including *Zive v. Stanley Roberts, Inc.*, 182 N.J. 436 (2003), *Cole v. Jersey City Medical Center*, 425 N.J. Super. 48 (App. Div. 2012), *Myers v. AT&T*, 380 N.J. Super. 443 (App. Div. 2005), *Padilla v. Berkeley Educational Services of New Jersey, Inc.*, 383 N.J. Super. 177 (App.

Div. 2005) and *Brennan v. Norton*, 350 F.3d 399 (3d Cir. 2003).  In addition, I co-authored the amicus brief submitted to the New Jersey Supreme Court on behalf of the National Employment Lawyer's Association of New Jersey in *Stengart v. Loving Care Agency, Inc.*, 201 N.J. 300 (2010).

4.	Attached hereto as Exhibit A is a copy of Rabner Baumgart Ben-Asher & Nirenberg, P.C.'s Detail Work-In-Process Report for this case, both while it was in this Court and while it was in Arbitration.  The information in that report is based on contemporaneous time records.  It reflects that I spent 68.6 hours on this case, at my hourly rate of $475 per hour, for a total of $32,585 of time.  It also reflects a total of $740.30 in disbursements and costs that Rabner Baumgart Ben-Asher & Nirenberg incurred in this case.

I hereby certify that the foregoing statements made by me are true and correct.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date:  April 23, 2021

*Jonathan Nirenberg*
Jonathan I. Nirenberg

# EXHIBIT "A"

Date: 04/12/2021 **Tabs3 Detail Work-In-Process Report** Page: 1
Rabner Baumgart Ben-Asher & Nirenberg, P.C.

Case 1:17-cv-00546-PGG-SLC   Document 77-2   Filed 04/23/21   Page 5 of 9

Primary Timekeeper: 8 Jonathan I. Nirenberg

| Client: **15686.101C Schur/Daniel** | | | | | Schur/Daniel | Contact: Daniel Schur |
|---|---|---|---|---|---|---|
| **Schur v. Strategic Financial Solutions, LLC et als** | | | | | | Business: 312-233-1550 x226 |
| Primary Timekeeper: | | 8 JIN | Category: | 6 Employment Litigation | | Business Fax: 312-233-1560 |
| Secondary Timekeeper: | | 8 JIN | Draft Template: | Draft | Rate Code: 1 | E-mail: Jzouras@stephanzouras.com; lawyers@stephanzouras.com |
| Originating Timekeeper: | | 8 JIN | Final Template: | Final | Date Opened: 01/23/2017 | |
| Previous Balance: | | 0.00 | | | | |

| Date | Tmkr | Cat | H P | T X | B C | R C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | | | | | | | | |
| 01/23/2017 | 8 JIN | 6 | | | | | 1 | 1 | 475.00 | | 1.10 | 1.10 | | 522.50 | | Revise Complaint; emails from/to co-counsel |
| 01/24/2017 | 8 JIN | 6 | | | | | 1 | 2 | 475.00 | | 0.40 | 0.40 | | 190.00 | | Finalize Complaint; prepare civil cover sheet; search for defendants' addresses; emails to/from co-counsel |
| 01/24/2017 | 8 JIN | 6 | | | | | 1 | 3 | 475.00 | | 1.30 | 1.30 | | 617.50 | | Emails from/to co-counsel re: pro hac vice application; draft documents for pro hac vice applications |
| 01/25/2017 | 8 JIN | 6 | | | | | 1 | 4 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Emails from/to co-counsel; revise Civil Cover Sheet |
| 01/25/2017 | 8 JIN | 6 | | | | | 1 | 5 | 475.00 | | 0.90 | 0.90 | | 427.50 | | Draft summons; Electronically file Compliant, Civil Cover Sheet, Summons and Opt-In Notice |
| 01/25/2017 | 8 JIN | 6 | | | | | 1 | 6 | 475.00 | | 0.10 | 0.10 | | 47.50 | | File Notice of Change of Address |
| 01/26/2017 | 8 JIN | 6 | | | | | 1 | 7 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Review various documents and notices received by ECF; emails from/to co-counsel; file corrected Civil Cover Sheet |
| 01/27/2017 | 8 JIN | 6 | | | | | 1 | 8 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Review notice of Initial Conference; email to co-counsel |
| 01/27/2017 | 8 JIN | 6 | | | | | 1 | 9 | 475.00 | | 0.50 | 0.50 | | 237.50 | | Draft letter requesting adjournment to initial conference |
| 01/30/2017 | 8 JIN | 6 | | | | | 1 | 10 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Electronically file letter seeking adjournment of Rule 16 conference |
| 02/07/2017 | 8 JIN | 6 | | | | | 1 | 11 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Telephone call from Michael Kaufman, Esq.; email to co-counsel |
| 03/16/2017 | 8 JIN | 6 | | | | | 1 | 12 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Emails from/to co-counsel |
| 03/29/2017 | 8 JIN | 6 | | | | | 1 | 13 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Conference call with adversary and J. Zouras re: time/swipe records; follow up call from J. Zouras |
| 03/30/2017 | 8 JIN | 6 | | | | | 1 | 14 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Emails from/to co-counsel and adversary re: time records provided by adversary |
| 03/30/2017 | 8 JIN | 6 | | | | | 1 | 15 | 475.00 | | 1.20 | 1.20 | | 570.00 | | Revise draft discovery requests |
| 03/30/2017 | 8 JIN | 6 | | | | | 1 | 16 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Draft letter to adversary re Notice of Pretrial Conference |
| 04/03/2017 | 8 JIN | 6 | | | | | 1 | 17 | 475.00 | | 0.60 | 0.60 | | 285.00 | | Conference call with James Zouras, Daniel Schur and Halton Bagley re: strategy and response to documents provided by adversary |
| 04/03/2017 | 8 JIN | 6 | | | | | 1 | 18 | 475.00 | | 0.60 | 0.60 | | 285.00 | | Review and redline Initial Disclosures and Judge Gardephe's Case Management form; email to co-counsel |
| 04/10/2017 | 8 JIN | 6 | | | | | 1 | 19 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Emails from/to J. Zouras |
| 04/12/2017 | 8 JIN | 6 | | | | | 1 | 20 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Emails from adversary to to co-counsel re: scheduling conference call |
| 04/12/2017 | 8 JIN | 6 | | | | | 1 | 21 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Telephone call with J. Zouras re: strategy and approach to conference call with adversary next Monday |
| 04/17/2017 | 8 JIN | 6 | | | | | 1 | 22 | 475.00 | | 0.40 | 0.40 | | 190.00 | | Conference call with Jim Zouras, Michael Kaufman and Matthew Capobianco |
| 04/17/2017 | 8 JIN | 6 | | | | | 1 | 23 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Telephone call from J. Zouras; email to J. Zouras re: Initial Conference, scheduling order form and other related issues |
| 04/19/2017 | 8 JIN | 6 | | | | | 1 | 24 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Review draft letter from J. Zouras to court; email comments to J. Zouras |
| 04/24/2017 | 8 JIN | 6 | | | | | 1 | 25 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Review J. Zouras' draft Case Management/Scheduling Order; telephone call to J. Zouras to discuss |
| 04/25/2017 | 8 JIN | 6 | | | | | 1 | 26 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Review and revise proposed scheduling order; email to co-counsel |
| 04/28/2017 | 8 JIN | 6 | | | | | 1 | 28 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Review Affidavit of Kim Celic |
| 05/02/2017 | 8 JIN | 6 | | | | | 1 | 29 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Emails from/to J. Zouras re: Kim Celic Affidavit |
| 05/04/2017 | 8 JIN | 6 | | | | | 1 | 30 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Email to J. Zouras re: submission due today |
| 05/04/2017 | 8 JIN | 6 | | | | | 1 | 31 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Review and revise joint letter to Judge Gardephe |
| 05/10/2017 | 8 JIN | 6 | | | | | 1 | 32 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Prepare for Initial Conference |
| 05/11/2017 | 8 JIN | 6 | | | | | 1 | 33 | 475.00 | | 4.80 | 4.80 | | 2,280.00 | | Attend Rule 16 Conference (including travel time) |
| 05/17/2017 | 8 JIN | 6 | | | | | 1 | 34 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Emails from/to co-counsel re: timing of motion for conditional certification |
| 05/30/2017 | 8 JIN | 6 | | | | | 1 | 35 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Emails from/to co-counsel |
| 06/05/2017 | 8 JIN | 6 | | | | | 1 | 36 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Revise Declaration of D. Schur; emails from/to J. Zouras |
| 06/15/2017 | 8 JIN | 6 | | | | | 1 | 37 | 475.00 | | 0.00 | 0.00 | | 0.00 | | Telephone call from J. Zouras re: next steps |
| 06/20/2017 | 8 JIN | 6 | | | | | 1 | 38 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Review and revise draft joint letter to Judge Gardephe |
| 06/23/2017 | 8 JIN | 6 | | | | | 1 | 39 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Call with J. Zouras and conference call with all counsel |
| 06/28/2017 | 8 JIN | 6 | | | | | 1 | 40 | 475.00 | | 0.60 | 0.60 | | 285.00 | | Telephone call from J. Zouras prior to conference call with adversary; conference call with all counsel |
| 06/28/2017 | 8 JIN | 6 | | | | | 1 | 41 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Review draft letter to Judge Gardephe; emails |

Date: 04/12/2021                                    Tabs3 Detail Work-In-Process Report                                    Page: 2
                                            Rabner Baumgart Ben-Asher & Nirenberg, P.C.
Case 1:17-cv-00546-PGG-SLC   Document 77-2   Filed 04/23/21   Page 6 of 9

Primary Timekeeper: 8 Jonathan I. Nirenberg

Client: **15686.101C  Schur/Daniel**  *(Continued)*

| Date | Tmkr | Cat | H P | T X | B C | R C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | from/to co-counsel |
| 06/29/2017 | 8 JIN | 6 | | | | | 1 | 42 | 475.00 | | 0.90 | 0.90 | | 427.50 | | Review and revise brief - conditional cert |
| 06/29/2017 | 8 JIN | 6 | | | | | 1 | 43 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Review/redline proposed opt in notice |
| 07/13/2017 | 8 JIN | 6 | | | | | 1 | 44 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Telephone call from J. Zouras prior to conference call with Judge Gardephe |
| 07/13/2017 | 8 JIN | 6 | | | | | 1 | 45 | 475.00 | | 0.40 | 0.40 | | 190.00 | | Conference call with Judge Gardephe and all counsel |
| 07/18/2017 | 8 JIN | 6 | | | | | 1 | 46 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Call from J. Zouras prior to conference call with adversaries |
| 07/18/2017 | 8 JIN | 6 | | | | | 1 | 47 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Conference call with all counsel |
| 07/24/2017 | 8 JIN | 6 | | | | | 1 | 48 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Conference call with all counsel; telephone call from J. Zouras |
| 07/26/2017 | 8 JIN | 6 | | | | | 1 | 49 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Review research by co-counsel; emails from/to J. Zouras |
| 07/27/2017 | 8 JIN | 6 | | | | | 1 | 50 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Conference call with adversaries; email to J. Zouras with update |
| 07/28/2017 | 8 JIN | 6 | | | | | 1 | 51 | 475.00 | | 0.40 | 0.40 | | 190.00 | | Legal research re: arbitrability; email to co-counsel |
| 08/09/2017 | 8 JIN | 6 | | | | | 1 | 52 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Review joint letter to Judge Gardephe; email to J. Zouras |
| 08/09/2017 | 8 JIN | 6 | | | | | 1 | 53 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Telephone call with J. Zouras re: pending motion for class cert. |
| 08/10/2017 | 8 JIN | 6 | | | | | 1 | 54 | 475.00 | | 0.40 | 0.40 | | 190.00 | | Conference call with Judge Gardephe and all counsel |
| 08/17/2017 | 8 JIN | 6 | | | | | 1 | 55 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Review draft joint letter; email to J. Zouras with comments |
| 08/21/2017 | 8 JIN | 6 | | | | | 1 | 56 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Legal research; email to co-counsel |
| 09/01/2017 | 8 JIN | 6 | | | | | 1 | 57 | 475.00 | | 0.60 | 0.60 | | 285.00 | | Review and revise brief - equitable tolling; email to co-counsel |
| 09/11/2017 | 8 JIN | 6 | | | | | 1 | 58 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Review letter from adversary to Court re: motion for equitable tolling; emails from/to J. Zouras |
| 09/12/2017 | 8 JIN | 6 | | | | | 1 | 59 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Review and revise draft letter to Judge Gardephe re: Defendants' request to stay motion to toll statute of limitations |
| 09/13/2017 | 8 JIN | 6 | | | | | 1 | 60 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Review Order denying application to stay motion to toll SOL; emails from/to co-counsel |
| 10/02/2017 | 8 JIN | 6 | | | | | 1 | 61 | 475.00 | | 1.40 | 1.40 | | 665.00 | | Review Defendants' brief - compel arbitration; draft notes for opposition brief; legal research |
| 10/03/2017 | 8 JIN | 6 | | | | | 1 | 62 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Conference call with J. Zouras and Anna Ceragioli re: opposition to motion to compel arbitration |
| 10/17/2017 | 8 JIN | 6 | | | | | 1 | 63 | 475.00 | | 0.90 | 0.90 | | 427.50 | | Revise Brief in Opposition to Motion to Compel Arbitration |
| 10/19/2017 | 8 JIN | 6 | | | | | 1 | 64 | 475.00 | | 0.90 | 0.90 | | 427.50 | | Revise brief - opposition to motion to compel arbitration |
| 11/03/2017 | 8 JIN | 6 | | | | | 1 | 65 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Review Defendants' reply brief - motion to compel arbitration; email to co-counsel |
| 02/16/2018 | 8 JIN | 6 | | | | | 1 | 66 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Review Order compelling arbitration |
| 02/16/2018 | 8 JIN | 6 | | | | | 1 | 67 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Review applicable JAMS rules/filing procedures |
| 02/19/2018 | 8 JIN | 6 | | | | | 1 | 68 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Telephone call from J. Zouras re: refiling with JAMS |
| 02/23/2018 | 8 JIN | 6 | | | | | 1 | 69 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Revise Demand for Arbitration; emails from/to co-counsel |
| 03/15/2018 | 8 JIN | 6 | | | | | 1 | 70 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Review correspondence from JAMS |
| 03/22/2018 | 8 JIN | 6 | | | | | 1 | 71 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Review Answer to Demand for Arbitration |
| 03/29/2018 | 8 JIN | 6 | | | | | 1 | 72 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Review list of potential arbitrators; attempt to vet potential arbitrators; emails with co-counsel |
| 04/04/2018 | 8 JIN | 6 | | | | | 1 | 73 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Research potential arbitrators; email J. Zouras with my proposed rankings |
| 04/20/2018 | 8 JIN | 6 | | | | | 1 | 74 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Conference call with co-counsel and adversaries; subsequent call with J. Zouras |
| 04/24/2018 | 8 JIN | 6 | | | | | 1 | 75 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Review arbitration clause provided by defense counsel; emails from/to co-counsel |
| 05/08/2018 | 8 JIN | 6 | | | | | 1 | 76 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Conference call with co-counsel re: upcoming call with Arbitrator |
| 05/17/2018 | 8 JIN | 6 | | | | | 1 | 77 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Emails with co-counsel and JAMS re: rescheduling conference call with Michael Young |
| 06/07/2018 | 8 JIN | 6 | | | | | 1 | 78 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Conference call with all counsel |
| 06/08/2018 | 8 JIN | 6 | | | | | 1 | 79 | 475.00 | | 0.60 | 0.60 | | 285.00 | | Conference call with Michael Young and all counsel |
| 06/13/2018 | 8 JIN | 6 | | | | | 1 | 80 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Review Scheduling Order email |
| 06/21/2018 | 8 JIN | 6 | | | | | 1 | 81 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Revise proposed Notice of Collective Action Arbitration; emails from/to co-counsel |
| 06/28/2018 | 8 JIN | 6 | | | | | 1 | 82 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Review draft Class Notice; email to co-counsel with comments |
| 06/29/2018 | 8 JIN | 6 | | | | | 1 | 83 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Emails from/to co-counsel |
| 07/10/2018 | 8 JIN | 6 | | | | | 1 | 84 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Telephone call with J. Zouras - update |
| 07/23/2018 | 8 JIN | 6 | | | | | 1 | 85 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Review proposed Case Management Order; email comment to co-counsel |
| 08/14/2018 | 8 JIN | 6 | | | | | 1 | 86 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Review and revise Stipulation re: class action waiver; emails from/to co-counsel |

Client: **15686.101C Schur/Daniel** *(Continued)*

| Date | Tmkr | Cat | H P | T X | B C | R C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/30/2018 | 8 JIN | 6 | | | | | 1 | 87 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Emails from/to co-counsel |
| 09/05/2018 | 8 JIN | 6 | | | | | 1 | 88 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Conference call with J. Zouras and M. Capobianco |
| 10/03/2018 | 8 JIN | 6 | | | | | 1 | 89 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Emails from JAMS and email to co-counsel re: class waivers |
| 10/24/2018 | 8 JIN | 6 | | | | | 1 | 90 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Email to adversaries re: 8 opt-ins who signed class action waivers |
| 11/05/2018 | 8 JIN | 6 | | | | | 1 | 91 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Emails from/to co-counsel re: opt-ins who signed class waivers |
| 12/10/2018 | 8 JIN | 6 | | | | | 1 | 92 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Telephone call from J. Zouras - discuss next steps |
| 01/17/2019 | 8 JIN | 6 | | | | | 1 | 93 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Conference call with counsel (Michael Young did not dial in) |
| 01/23/2019 | 8 JIN | 6 | | | | | 1 | 94 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Conference call with Michael Young (dialed in late) |
| 03/27/2019 | 8 JIN | 6 | | | | | 1 | 95 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Emails from/to co-counsel re: witnesses and location for depositions |
| 03/28/2019 | 8 JIN | 6 | | | | | 1 | 96 | 475.00 | | 0.60 | 0.60 | | 285.00 | | Revise draft discovery demands; email to co-counsel |
| 04/03/2019 | 8 JIN | 6 | | | | | 1 | 97 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Email to co-counsel re: revisions to 30(b)(6) deposition notice |
| 04/29/2019 | 8 JIN | 6 | | | | | 1 | 98 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Review Defendants' Interrogatory Answers |
| 04/30/2019 | 8 JIN | 6 | | | | | 1 | 99 | 475.00 | | 0.70 | 0.70 | | 332.50 | | Review documents produced by Respondents; email comments to co-counsel |
| 05/03/2019 | 8 JIN | 6 | | | | | 1 | 100 | 475.00 | | 0.40 | 0.40 | | 190.00 | | Telephone call from Jim Zouras and Teresa Becvar re: Respondents' discovery responses and next steps |
| 05/07/2019 | 8 JIN | 6 | | | | | 1 | 101 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Review and revise draft discovery deficiency letter; emails with co-counsel |
| 05/15/2019 | 8 JIN | 6 | | | | | 1 | 102 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Emails from/to co-counsel |
| 05/21/2019 | 8 JIN | 6 | | | | | 1 | 103 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Review correspondence from Respondents to M. Young |
| 05/21/2019 | 8 JIN | 6 | | | | | 1 | 104 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Review additional documents produced by Respondents; emails to J. Zouras |
| 05/21/2019 | 8 JIN | 6 | | | | | 1 | 105 | 475.00 | | 0.50 | 0.50 | | 237.50 | | Conference call with Michael Young and all counsel |
| 05/22/2019 | 8 JIN | 6 | | | | | 1 | 106 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Email from adversary |
| 05/23/2019 | 8 JIN | 6 | | | | | 1 | 107 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Conference call with J. Zouras and defense counsel |
| 05/30/2019 | 8 JIN | 6 | | | | | 1 | 108 | 475.00 | | 0.40 | 0.40 | | 190.00 | | Conference call with Michael Young and all counsel |
| 06/05/2019 | 8 JIN | 6 | | | | | 1 | 109 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Review proposed discovery scheduling order; email comments to co-counsel |
| 06/07/2019 | 8 JIN | 6 | | | | | 1 | 110 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Review Respondents' response re: proposed discovery schedule; emails to co-counsel with comments; research applicable JAMs rules |
| 06/12/2019 | 8 JIN | 6 | | | | | 1 | 111 | 475.00 | | 0.40 | 0.40 | | 190.00 | | Conference call with Michael Young |
| 06/12/2019 | 8 JIN | 6 | | | | | 1 | 112 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Telephone call to T. Becvar |
| 06/12/2019 | 8 JIN | 6 | | | | | 1 | 113 | 475.00 | | 0.40 | 0.40 | | 190.00 | | Legal research |
| 06/12/2019 | 8 JIN | 6 | | | | | 1 | 114 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Call with J. Zouras and T. Becvar |
| 06/12/2019 | 8 JIN | 6 | | | | | 1 | 115 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Emails from/to co-counsel re: draft email to adversary |
| 06/21/2019 | 8 JIN | 6 | | | | | 1 | 117 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Emails from/to co-counsel |
| 06/25/2019 | 8 JIN | 6 | | | | | 1 | 118 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Review co-counsel's spreadsheet; emails from/to co-counsel re: damages calculations |
| 06/25/2019 | 8 JIN | 6 | | | | | 1 | 119 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Vet potential mediators; email to co-counsel |
| 06/27/2019 | 8 JIN | 6 | | | | | 1 | 120 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Provide feedback to co-counsel re: draft email to adversary |
| 07/03/2019 | 8 JIN | 6 | | | | | 1 | 121 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Briefly review Claimants' discovery responses |
| 07/15/2019 | 8 JIN | 6 | | | | | 1 | 122 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Download additional document production; emails from/to co-counsel |
| 07/16/2019 | 8 JIN | 6 | | | | | 1 | 123 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Telephone call from co-counsel |
| 08/05/2019 | 8 JIN | 6 | | | | | 1 | 124 | 475.00 | | 0.50 | 0.50 | | 237.50 | | Review and revise draft settlement letter; email to co-counsel with feedback |
| 08/08/2019 | 8 JIN | 6 | | | | | 1 | 125 | 475.00 | | 0.40 | 0.40 | | 190.00 | | Emails from/to co-counsel; review damages spreadsheet |
| 08/08/2019 | 8 JIN | 6 | | | | | 1 | 126 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Telephone call with co-counsel re: formulating settlement demand |
| 08/09/2019 | 8 JIN | 6 | | | | | 1 | 127 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Review emails between counsel; email to co-counsel |
| 09/05/2019 | 8 JIN | 6 | | | | | 1 | 128 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Emails with co-counsel and telephone calls with J. Zouras re: whether or not to stipulate to FRCP 68 applying in arbitration |
| 09/06/2019 | 8 JIN | 6 | | | | | 1 | 129 | 475.00 | | 0.70 | 0.70 | | 332.50 | | Review draft letter to arbitrator re: number of depositions; telephone call to co-counsel re: letter and Rule 68 issue; draft additional paragraph of letter; legal research; emails with co-counsel |
| 09/06/2019 | 8 JIN | 6 | | | | | 1 | 130 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Review letter from adversary to M. Young |
| 09/09/2019 | 8 JIN | 6 | | | | | 1 | 131 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Review email from M. Young; email to co-counsel |
| 09/10/2019 | 8 JIN | 6 | | | | | 1 | 132 | 475.00 | | 0.40 | 0.40 | | 190.00 | | Revise draft letter to M. Young; email to co-counsel |
| 09/11/2019 | 8 JIN | 6 | | | | | 1 | 133 | 475.00 | | 0.60 | 0.60 | | 285.00 | | Conference call with Michael Young and all counsel |

Primary Timekeeper: 8 Jonathan I. Nirenberg

Client: **15686.101C  Schur/Daniel**  *(Continued)*

| Date | Tmkr | Cat | H P | T X | B C | R C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/11/2019 | 8 JIN | 6 | | | | | 1 | 134 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Telephone call to co-counsel |
| 09/17/2019 | 8 JIN | 6 | | | | | 1 | 135 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Emails from/to co-counsel re: discovery issues; review emails from adversary |
| 09/23/2019 | 8 JIN | 6 | | | | | 1 | 136 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Email from adversary; email to co-counsel re: discovery and location of depositions |
| 10/15/2019 | 8 JIN | 6 | | | | | 1 | 137 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Emails from/to co-counsel re: depositions |
| 10/16/2019 | 8 JIN | 6 | | | | | 1 | 138 | 475.00 | | 0.70 | 0.70 | | 332.50 | | Emails from/to co-counsel re: depositions and potential mediation |
| 10/29/2019 | 8 JIN | 6 | | | | | 1 | 139 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Emails with co-counsel re: potential mediators |
| 11/01/2019 | 8 JIN | 6 | | | | | 1 | 140 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Emails re: potential mediators |
| 11/12/2019 | 8 JIN | 6 | | | | | 1 | 141 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Review draft joint status letter; email comment to co-counsel |
| 11/18/2019 | 8 JIN | 6 | | | | | 1 | 142 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Emails from/to co-counsel re: scheduling mediation |
| 12/03/2019 | 8 JIN | 6 | | | | | 1 | 143 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Emails with co-counsel and adversaries |
| 12/03/2019 | 8 JIN | 6 | | | | | 1 | 144 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Review/revise mediation agreement |
| 12/05/2019 | 8 JIN | 6 | | | | | 1 | 145 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Review Disclosures from JAMS; email to JAMS correcting my firm affiliation |
| 01/02/2020 | 8 JIN | 6 | | | | | 1 | 146 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Review and revise mediation position statement; emails from/to co-counsel |
| 01/02/2020 | 8 JIN | 6 | | | | | 1 | 147 | 475.00 | | 0.60 | 0.60 | | 285.00 | | Conference call with T. Becvar and Daniel Schur re: mediation; email to co-counsel |
| 01/06/2020 | 8 JIN | 6 | | | | | 1 | 148 | 475.00 | | 12.10 | 12.10 | | 5,747.50 | | Attend mediation (including travel time) |
| 01/06/2020 | 8 JIN | 6 | | | | | 1 | 149 | 475.00 | | 0.40 | 0.40 | | 190.00 | | Email co-counsel with update of end of mediation |
| 01/08/2020 | 8 JIN | 6 | | | | | 1 | 150 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Emails from/to co-counsel re: settlement negotiations |
| 01/09/2020 | 8 JIN | 6 | | | | | 1 | 151 | 475.00 | | 0.60 | 0.60 | | 285.00 | | Review and revise post-mediation letter; emails from/to co-counsel |
| 01/17/2020 | 8 JIN | 6 | | | | | 1 | 152 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Prepare for conference call with mediator |
| 01/17/2020 | 8 JIN | 6 | | | | | 1 | 153 | 475.00 | | 1.70 | 1.70 | | 807.50 | | Conference call with mediator and all counsel plus separate calls with T. Becvar |
| 01/17/2020 | 8 JIN | 6 | | | | | 1 | 154 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Call with T. Becvar and mediator |
| 02/12/2020 | 8 JIN | 6 | | | | | 1 | 155 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Conference call with T. Becvar and Ruth Raisfield |
| 02/12/2020 | 8 JIN | 6 | | | | | 1 | 156 | 475.00 | | 3.00 | 3.00 | | 1,425.00 | | Mediation by conference call (excluded time during which I worked on and billed another matter) |
| 02/13/2020 | 8 JIN | 6 | | | | | 1 | 157 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Email to co-counsel |
| 02/14/2020 | 8 JIN | 6 | | | | | 1 | 158 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Emails from mediator and with co-counsel |
| 02/27/2020 | 8 JIN | 6 | | | | | 1 | 159 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Emails from/to co-counsel |
| 03/05/2020 | 8 JIN | 6 | | | | | 1 | 160 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Emails to/from co-counsel |
| 03/06/2020 | 8 JIN | 6 | | | | | 1 | 161 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Emails from/to co-counsel |
| 03/13/2020 | 8 JIN | 6 | | | | | 1 | 162 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Emails from/to co-counsel |
| 04/17/2020 | 8 JIN | 6 | | | | | 1 | 163 | 475.00 | | 0.80 | 0.80 | | 380.00 | | Review and further revise draft settlement agreement |
| 04/17/2020 | 8 JIN | 6 | | | | | 1 | 164 | 475.00 | | 0.50 | 0.50 | | 237.50 | | Conference call with co-counsel |
| 05/08/2020 | 8 JIN | 6 | | | | | 1 | 165 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Review redlined settlement agreement; emails with co-counsel |
| 07/15/2020 | 8 JIN | 6 | | | | | 1 | 166 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Emails from/to co-counsel |
| 10/16/2020 | 8 JIN | 6 | | | | | 1 | 167 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Emails with co-counsel re: settlement agreement |
| 10/30/2020 | 8 JIN | 6 | | | | | 1 | 169 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Revise draft letter to Claimants; related emails with co-counsel |
| 10/30/2020 | 8 JIN | 6 | | | | | 1 | 170 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Emails with co-counsel re: final issue with settlement agreement |
| 11/18/2020 | 8 JIN | 6 | | | | | 1 | 171 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Emails with co-counsel re: seeking approval of settlement |
| 11/23/2020 | 8 JIN | 6 | | | | | 1 | 172 | 475.00 | | 0.50 | 0.50 | | 237.50 | | Emails from/to co-counsel; review and revise draft joint letter seeking approval of settlement |
| 12/06/2020 | 8 JIN | 6 | | | | | 1 | 173 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Emails with co-counsel |
| 03/16/2021 | 8 JIN | 6 | | | | | 1 | 174 | 475.00 | | 0.10 | 0.10 | | 47.50 | | Emails from/to co-counsel |
| 04/09/2021 | 8 JIN | 6 | | | | | 1 | 175 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Review Order; attempt to prepare fee/cost report |
| 04/12/2021 | 8 JIN | 6 | | | | | 1 | 176 | 475.00 | | 0.20 | 0.20 | | 95.00 | | Draft Certification re: fees and costs |
| 04/12/2021 | 8 JIN | 6 | | | | | 1 | 177 | 475.00 | | 0.30 | 0.30 | | 142.50 | | Review time records for any typographical errors or privileged information |
| Billable Total: | | | 8 Jonathan I. Nirenberg | | | | | | | | 68.60 | 68.60 | | 32,585.00 | | |
| **Total Billable Fees** | | | | | | | | | | | **68.60** | **68.60** | | **32,585.00** | | |

**Expenses**

| Date | Tmkr | | | | | | Tcode | Ref # | | | | | | Amount | | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/31/2017 | 8 JIN | | | | | | 92 | 2 | | | | | | 2.32 | | Postage for the month. |
| **Total Billable Expenses** | | | | | | | | | | | | | | **2.32** | | |

**Advances**

| Date | Tmkr | | | | | | Tcode | Ref # | | | | | | Amount | | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/23/2017 | 8 JIN | | | | | | 104 | 3 | | | | | | 166.00 | | JEM Legal Courier delivery on 1/27/17. |
| 01/25/2017 | 8 JIN | | | | | | 95 | 1 | | | | | | 400.00 | | Filing Complaint in the United States District Court for the Southern District of New York. |
| 01/30/2017 | 8 JIN | | | | | | 104 | 4 | | | | | | 146.00 | | JEM Legal Courier delivery on 1/30/17. |
| 06/01/2017 | 8 JIN | | | | | | 95 | 5 | | | | | | 28.30 | | For travel on May 11, 2017. |
| **Total Billable Advances** | | | | | | | | | | | | | | **740.30** | | |

Date: 04/12/2021     **Tabs3 Detail Work-In-Process Report**     Page: 5
Rabner Baumgart Ben-Asher & Nirenberg, P.C.

Case 1:17-cv-00546-PGG-SLC   Document 77-2   Filed 04/23/21   Page 9 of 9

Primary Timekeeper: 8 Jonathan I. Nirenberg

Client: **15686.101C  Schur/Daniel**  *(Continued)*

**R E C A P**

| | | | | | |
|---|---|---|---|---|---|
| Fees: | 32,585.00 | | | | |
| Expenses: | 2.32 | Previous Balance: | 0.00 | | |
| Advances: | 740.30 | Payments/Credits: | 0.00 | | |
| **Total WIP:** | **33,327.62** | **Balance Due:** | **0.00** | **Total:** | **33,327.62** |

| A/R: | 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |