UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL SCHUR,

                Plaintiff,

    -v-

STRATEGIC FINANCIAL SOLUTIONS, L.L.C.,
STRATEGIC CONSULTING, LLC, RYAN SASSON, and
KIM CELIC,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 546 (PGG) (SLC)

**ORDER APPROVING SETTLEMENT**

**SARAH L. CAVE,** United States Magistrate Judge.

      The parties in this wage-and-hour case under the Fair Labor Standards Act ("FLSA") have consented to my jurisdiction under 28 U.S.C. 636(c) and Fed. R. Civ. P. 73 for purposes of reviewing their proposed settlement (ECF No. 72), and have now submitted a joint Letter-Motion in support of settlement (ECF No. 73), proposed settlement agreement (ECF No. 73-1), and supplemental documentation supporting Plaintiffs' request for attorneys' fees and costs (ECF No. 77), for review and approval under Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).  Courts generally recognize a "strong presumption in favor of finding a settlement fair" in FLSA cases like this one, as courts are not in as good a position as the parties to determine the reasonableness of a FLSA settlement."  Souza v. 65 St. Marks Bistro, No. 15 Civ. 327 (JLC), 2015 WL 7271747, at *4 (S.D.N.Y. Nov. 6, 2015) (citation omitted).

      Having carefully reviewed the joint letter-motion in support of settlement, the Settlement Agreement and accompanying exhibits, and the supplemental documentation concerning Plaintiffs' attorneys' fees and costs, the Court finds that all of the terms of the proposed settlement, including the allocation of attorneys' fees and costs, appear to be fair and reasonable

under the totality of the circumstances and in light of the factors enumerated in <u>Wolinsky v. Scholastic Inc.</u>, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012).  Accordingly, the Court approves the settlement.

This action is dismissed with prejudice and without costs except as may be stated in the Settlement Agreement.  The Court will retain jurisdiction to enforce the settlement agreement.  Any pending motions are moot.  The Clerk of Court is respectfully requested to mark ECF No. 73 as "granted," and close this case.

Dated:      New York, New York
            April 26, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**