UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL SCHUR,

        Plaintiff,

-v-

STRATEGIC FINANCIAL SOLUTIONS, L.L.C.,
STRATEGIC CONSULTING, LLC, RYAN SASSON, and
KIM CELIC,

        Defendants.

CIVIL ACTION NO.: 17 Civ. 546 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 10, 2021, Plaintiff filed a motion to enforce the parties' settlement agreement (the "Motion to Enforce"). (ECF No. 79). On August 13, 2021, the Honorable Paul G. Gardephe referred the Motion to Enforce to me. (ECF No. 81). On August 16, 2021, Plaintiff filed a motion to withdraw the Motion to Enforce (the "Motion to Withdraw"). (ECF No. 82).

The Motion to Withdraw (ECF No. 82) is GRANTED. The Clerk of Court is respectfully directed to close ECF Nos. 79 and 82.

Dated:     New York, New York
            August 17, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**